# EXHIBIT C

This is Google's cache of http://www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-mgt-capital-subpoena/. It is a snapshot of the page as it appeared on Sep 23, 2016 19:11:24 GMT.
The current page could have changed in the meantime. Learn more

Full version    Text-only version    View source

Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.



# TERI BUHL

## SMASHMOUTH INVESTIGATIVE JOURNALISM

Menu

# Investor Barry Honig Target of SEC MGT Capital Subpoena

**23 Sep**

Microcap investor Barry C. Honig is the target of an SEC investigation for his role in trading and investing in shares of MGT Capital ($MGT). MGT Capital is trying to complete a reverse merger with famed tech entrepreneur John McAfee. I am reporting exclusive news today for *Growth Capitalist* on what's inside the Securities and Exchange Commission subpoena MGT Capital announced was served on them late last week.

Microcap investor Barry C. Honig is the target of an SEC investigation for his role in trading and investing in shares of MGT Capital ($MGT). MGT Capital is trying to complete a reverse merger with famed tech entrepreneur John McAfee. I am reporting exclusive news today for *Growth Capitalist* on what's inside the Securities and Exchange Commission subpoena MGT Capital announced was served on them late last week.

News of the SEC formal demand for answers from the company delighted short sellers to the tune of a 40% drop in MGT's stock this week. The company, currently run by CEO Robert Ladd, says it does not believe the SEC is targeting any of the company executives. But shareholders have expressed doubt this week given the lack of details the company was allowed to disclose about the regulatory investigation. On top that the NYSE, where MGT trades, announced it wouldn't accept the new shares that are set to be issued in the reverse merger with John McAfee's cyber security companies. The national stock exchange was kind of jerk about it because they didn't offer up a reason for the share issuance halt. Unfortunately, it's a big clusterf–k of unknowns for the company and shareholders right now.

But one thing that my reporting makes very clear is the SEC wants to make sure Barry Honig isn't' doing anything shady (or out right illegal) with this company. According to insiders who saw the SEC subpoena, 90% of the regulator's questions are about Honig. I can also confirm Honig has been calling SEC enforcement defense lawyers this week looking for representation. I first reported on Honig's alleged illegal actions in my "Attorney Gregg Jaclin blew up his life and got busted for creating a shell factory scheme" story. The central theme of bad behavior is Barry uses other people to run a company he is secretly controlling and

Document title: Investor Barry Honig Target of SEC MGT Capital Subpoena
Capture URL: http://webcache.googleusercontent.com/search?q=cache:sYmEubfKACEJ:www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-...
Capture timestamp (UTC): Fri, 23 Sep 2016 21:44:58 GMT
Page 2 of 11

Case 1:17-cv-00184-CCE-LPA   Document 1-3   Filed 03/03/17   Page 3 of 5

90% of the regulator's questions are about Honig. I can also confirm Honig has been calling SEC enforcement defense lawyers this week looking for representation. I first reported on Honig's alleged illegal actions in my "Attorney Gregg Jaclin blew up his life and got busted for creating a shell factory scheme" story. The central theme of bad behavior is Barry uses other people to run a company he is secretly controlling and pays stock pumpers to tout the company without disclosure.
You can see here in a DOJ plea deal made by one of Honig's puppet CEO's how Honig allegedly runs things behind the scene. This plea deal was first reported and unearthed by me in a story for *Growth Capitalist* in May.

The SEC has never been able to pin anything on Honig. We do see a FINRA action settled against him as a young trader in 2000 when he was working for a questionable PIPE financing firm called Ramius Capital (or Ramius Securities).
On June 14 2000 FINRA said Honig had acted as an affiliate trading with others and hid it by running the trade through two people instead of one.

> *Barry Charles Honig (CRD #2362713, Registered Representative, New York, New York) submitted a Letter of Acceptance, Waiver, and Consent in which he was fined $25,000 and suspended from association with any NASD member in any capacity for 10 business days. Without admitting or denying the allegations, Honig consented to the described sanctions and to the entry of findings that he sought to inappropriately coordinate a trade report to ACT with another market participant as two separate trades instead of one.*

> capacity for 10 business days. Without admitting or denying the allegations, Honig consented to the described sanctions and to the entry of findings that he sought to inappropriately coordinate a trade report to ACT with another market participant as two separate trades instead of one.

Honig has a SEC deal lawyer, Harvey Kesner at www.srff.com, who has been able to keep the SEC at bay in tons of questionable pump and dump deals Honig invested in. I know from interviewing MGT's executives and reviewing Honig's financing transactions that he wasn't a control person at MGT. CEO Rob Ladd, who use to run a hedge fund, put blockers in Barry's finance deal that don't allow him to own a certain percent of the company. What we don't know is whether Barry teamed up with his favorite investing partner Michael Brauser and acted as an affiliate in trading MGT stock, which blew up to a 700% gain when news of a John McAfee merger was announced in May. Affiliate trading without disclosure is a big SEC no-no, which I explain my story today at www.growthcapitlist.com

For now it's a wait and see as MGT scrambles to get the SEC to clarify to stock exchanges that the reverse merger deal is clean. And market participants sit on the side line to see if the SEC can get the goods to finally charge Barry Honig.

Share this:





No Comments