# EXHIBIT E



# TERI BUHL

## SMASHMOUTH INVESTIGATIVE JOURNALISM

Home | About | Contact | Search this website …

## California DOJ investigating Honig and The Frost Group

8 Nov

The northern california DOJ has been sniffing around asking tough questions about the investing activities of a billionaire, Phillip Frost, a former boxer turned investor and stock promoter Barry Honig and Honig's pal Michael Brauser.

"The FBI told me when they interviewed me they are investigating Honig, Brauser, and Frost," said a person who has done business with what was called The Frost Group and ask for anonymity. A term sheet seen by this reporter shows all three men were in on a deal called Biozone.

This reporter has seen a letter from the FBI that states this person is a potential victim of securities fraud. This person says the only securities they have are with the Frost Group's takeover of Biozone. A check in the FBI's victim notification systems, seen by this reporter this week, shows the investigation is still active but doesn't list specifically who the FBI is investigating.

The investor said they had also been interviewed by the Securities and Exchange Communion about their interactions in public companies with Barry Honig, his lawyer Harvey Kesner, and others the regulator thinks invest with Honig.

Harvey Kesner, Honig's deal lawyer, recently became a named partner at a law firm that is very active in the microcap stock market called Sichenzia Ross Friedman Ference LLP's. He replaced Richard Friedman who suddenly left SRFF with his team to join another firm last month.

### Donate with PayPal

Donate

### Your Voice

California DOJ investigating Honig and The Frost Group on Investor Barry Honig Subject of SEC MGT Capital Subpoena

Megan Schugart on Hedgie Greg Imbruce Found Guilty of Civil Theft Against Investors

Teri Buhl on Investor Barry Honig Subject of SEC MGT Capital Subpoena

C Mann on Investor Barry Honig Subject of SEC MGT Capital Subpoena

SK on Investor Barry Honig Subject of SEC MGT Capital Subpoena

### State v. Buhl

Learn How Connecticut

Barry Honig, his lawyer Harvey Kesner, and others the regulator thinks invest with Honig.

Harvey Kesner, Honig's deal lawyer, recently became a named partner at a law firm that is very active in the microcap stock market called Sichenzia Ross Friedman Ference LLP's. He replaced Richard Friedman who suddenly left SRFF with his team to join another firm last month.

Rumors have been swirling around the legal field for a while now that Kesner's work with Honig could place him under investigation of the SEC but until now no one has come forward to say they have been interviewed by the SEC about Kesner. Kesner has not been named publicly in any SEC enforcement actions.

A check in SEC filings shows that Kesner is also a control person at a stock transfer company named Equity Stock Transfer. His wife, Renee, is listed as the owner since April 1st 2014, according the company's Form TA-1. Harvey is listed on the SEC form as providing working capital to the company from time to time and is listed as having control over management through " CMBS Document Solutions LLC, Harvey Kesner, Manager; Paradox Capital Partners LLC, Harvey Kesner, Manager". A partner in a law firm that does transaction investing in microcap companies, who also owns a stock transfer company, which has done business with companies his big client, Barry Honig, invested in could be considered a conflict of interest.

The CEO of Equity Stock Transfer is Mohit Bhansali. The company avoids listing any names of executives or owners on it's website. A search in corporate records of publicly traded companies shows Mohit and Barry Honig have both been on the board of public companies together.

If you are an issuer who has taken investments from Barry Honig and it was suggested you use Equity Stock Transfer by Honig or his lawyer I would love to hear from you.

An email for comment was sent to Harvey Kesner and Honig's media lawyer Charles Harder. As of press time they did not respond. Honig in the past has tried to deny he invest with Michael Brauser or that he is under any SEC investigation.

Share this:

   

Related

Document title: California DOJ investigating Honig and The Frost Group
Capture URL: http://www.teribuhl.com/2016/11/08/california-doj-investigating-honig-and-the-frost-group/
Capture timestamp (UTC): Wed, 09 Nov 2016 15:36:56 GMT

SEC MGT Capital Subpoena

### State v. Buhl

Learn How Connecticut Wants to Jail Me For Protecting Sources and Squash Speech

Read More »

### Teri Buhl in the News



Keiser Report: Stripped To Teeth (E292)

More Videos

### Trusted News

Christopher Fountain: Best Source of Greenwich,CT News

Ian Fraser: Investigative UK Financial Journalist

On the Case: Alison Frankel

RT Kesier Report

