IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:17-CV-00184-CCE-LPA

| | |
|---|---|
| **BARRY HONIG,**<br><br>       Plaintiff,<br><br>v.<br><br>**ROBERT LADD, MGT CAPITAL INVESTMENTS, INC., TERI BUHL, and DOES 1-20,**<br><br>       Defendants. | **NOTICE OF APPEARANCE OF JONATHAN C. KRISKO** |

Jonathan C. Krisko, of the law firm Robinson, Bradshaw & Hinson, P.A., hereby provides notice to the Court and all parties and their counsel that he will appear as counsel, along with Erik R. Zimmerman, on behalf of Defendants MGT Capital Investments, Inc. and Robert Ladd in this action. Please direct all future filings, correspondence, notices and other contacts regarding this case to Mr. Krisko through the CM/ECF electronic filing system or the address listed below.

This 20th day of April, 2017.

/s/ Jonathan C. Krisko
Jonathan C. Krisko
N.C. Bar No. 28625
jkrisko@robinsonbradshaw.com
Erik R. Zimmerman
N.C. Bar No. 50247
ezimmerman@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246

Telephone: 704.377.2536
Facsimile: 704.378.4000

*Attorneys for Defendants MGT Capital Investments, Inc. and Robert Ladd*

9591055v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following:

        David E. Fox
        MOORE & VAN ALLEN PLLC
        3015 Carrington Mill Blvd., Suite 400
        Morrisville, NC 28202-4003
        davidfox@mvalaw.com

        *Attorney for Plaintiff*

        /s/ Jonathan C. Krisko
        Jonathan C. Krisko
        N.C. Bar No. 28625
        jkrisko@robinsonbradshaw.com
        Erik R. Zimmerman
        N.C. Bar No. 50247
        ezimmerman@robinsonbradshaw.com

        ROBINSON, BRADSHAW & HINSON, P.A.
        101 N. Tryon St., Ste. 1900
        Charlotte, North Carolina 28246
        Telephone:   704.377.2536
        Facsimile:   704.378.4000

        *Attorneys for Defendants MGT Capital Investments, Inc. and Robert Ladd*

9591055v1