IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:17-CV-00184-CCE-LPA

| | |
|---|---|
| BARRY HONIG,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERT LADD, MGT CAPITAL INVESTMENTS, INC., TERI BUHL, and DOES 1-20,<br><br>      Defendants. | NOTICE OF SPECIAL APPEARANCE OF DARREN LAVERNE |

    Pursuant to Local Rule 83.1(d), Darren LaVerne of the law firm Kramer Levin Naftalis & Frankel LLP hereby enters an appearance of behalf of Defendants MGT Capital Investments, Inc. and Robert Ladd. In support of this Notice, the undersigned states the following:

    1.    Mr. LaVerne is a member in good standing of the New York State Bar.

    2.    Mr. LaVerne has associated with Jonathan C. Krisko and Erik R. Zimmerman of the law firm Robinson, Bradshaw & Hinson, P.A. who are members of the North Carolina State Bar and admitted to practice before this Court. Mr. Krisko and Mr. Zimmerman have entered their appearance as counsel for Defendants MGT Capital Investments, Inc. and Robert Ladd in this action and agree to abide by LR 83.1(d)(2).

    3.    The appearing attorney has read the Local Rules of this Court and agrees to comply with the provisions of LR 83.1(d) in all respects.

This 25th day of April, 2017.

/s/ Darren LaVerne
Darren LaVerne
New York State Bar No. 4353298
dlaverne@kramerlevin.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212.715.9100
Facsimile: 212.715.8100

/s/ Jonathan C. Krisko
Jonathan C. Krisko
N.C. Bar No. 28625
jkrisko@robinsonbradshaw.com
Erik R. Zimmerman
N.C. Bar No. 50247
ezimmerman@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone: 704.377.2536
Facsimile: 704.378.4000

*Attorneys for Defendants MGT Capital Investments, Inc. and Robert Ladd*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following:

> David E. Fox
> Moore & Van Allen
> P.O. Box 13706
> Research Triangle Park, NC 27709
> foxd@mvalaw.com
> *Attorney for Plaintiff*

/s/ Darren LaVerne
Darren LaVerne
New York State Bar No. 4353298
dlaverne@kramerlevin.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212.715.9100
Facsimile: 212.715.8100

- 3 -