IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:17-CV-00184-CCE-LPA

| | |
|---|---|
| BARRY HONIG,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT LADD, MGT CAPITAL INVESTMENTS, INC., TERI BUHL, and DOES 1-20,<br><br>    Defendants. | NOTICE OF SPECIAL APPEARANCE OF JOHN P. COFFEY |

Pursuant to Local Rule 83.1(d), John P. Coffey of the law firm Kramer Levin Naftalis & Frankel LLP hereby enters an appearance of behalf of Defendants MGT Capital Investments, Inc. and Robert Ladd. In support of this Notice, the undersigned states the following:

1. Mr. Coffey is a member in good standing of the New York State Bar.

2. Mr. Coffey has associated with Jonathan C. Krisko and Erik R. Zimmerman of the law firm Robinson, Bradshaw & Hinson, P.A. who are members of the North Carolina State Bar and admitted to practice before this Court. Mr. Krisko and Mr. Zimmerman have entered their appearance as counsel for Defendants MGT Capital Investments, Inc. and Robert Ladd in this action and agree to abide by LR 83.1(d)(2).

3. The appearing attorney has read the Local Rules of this Court and agrees to comply with the provisions of LR 83.1(d) in all respects.

This 1st day of May, 2017

/s/ John P. Coffey  
John P. Coffey  
New York State Bar No. 2173409  
scoffey@kramerlevin.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP  
1177 Avenue of the Americas  
New York, New York 10036  
Telephone: 212.715.9100  
Facsimile: 212.715.8100

/s/ Jonathan C. Krisko  
Jonathan C. Krisko  
N.C. Bar No. 28625  
jkrisko@robinsonbradshaw.com  
Erik R. Zimmerman  
N.C. Bar No. 50247  
ezimmerman@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.  
101 N. Tryon St., Ste. 1900  
Charlotte, North Carolina 28246  
Telephone: 704.377.2536  
Facsimile: 704.378.4000

*Attorneys for Defendants MGT Capital Investments, Inc. and Robert Ladd*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following:

>David E. Fox
>Moore & Van Allen
>P.O. Box 13706
>Research Triangle Park, NC 27709
>foxd@mvalaw.com
>*Attorney for Plaintiff*

>/s/ John P. Coffey_____
>John P. Coffey
>New York State Bar No. 2173409
>scoffey@kramerlevin.com
>
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>1177 Avenue of the Americas
>New York, New York 10036
>Telephone: 212.715.9100
>Facsimile: 212.715.8100