# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Civil Action No. 1:17-cv-184

| | |
|---|---|
| BARRY HONIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF SPECIAL APPEARANCE |
| ) | OF CHARLES J. HARDER |
| ) | |
| ROBERT LADD, an individual; MGT, ) | |
| CAPITAL INVESTMENTS, INC., a ) | |
| Delaware corporation; TERI BUHL, ) | |
| an individual; and DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Local Rule 83.1(d), Charles J. Harder of the law firm of Harder Mirell & Abrams LLP hereby enters an appearance on behalf of Plaintiff, Barry Honig. In support of this Notice, the undersigned states the following:

1. Mr. Harder is a member in good standing of the California State Bar.

2. Mr. Harder has associated with David E. Fox of the law firm of Moore & Van Allen PLLC, who is a member of the North Carolina State Bar and admitted to practice before this Court. Mr. Fox has entered his appearance as counsel for Plaintiff in this action and agrees to abide by LR 83.1(d)(2).

3. The appearing attorney has read the Local Rules of this Court and agrees to comply with the provisions of LR 83.1(d) in all respects.

This the 2nd day of May, 2017.

/s/ Charles J. Harder
Charles J. Harder
CA State Bar No. 184593
HARDER, MIRELL & ABRAMS LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone: (424) 203-1600
Fax: (424) 203-1601
Email: charder@hmafirm.com

/s/ David E. Fox
David E. Fox
NC State Bar No. 10332
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (919) 286-8069
Fax: (919) 416-8306
Email: davidfox@mvalaw.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **NOTICE OF SPECIAL APPEARANCE OF CHARLES J. HARDER** was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

>Jonathan C. Krisko
>Erik R. Zimmerman
>Robinson, Bradshaw & Hinson P.A.
>101 N. Tryon Street, Suite 1900
>Charlotte, NC 28246
>
>Darren Laverne
>Jeffrey W. Davis
>John P. Coffey
>Kramer, Levin, Naftalis & Frankel LLP
>1177 Avenue of the Americas
>New York, NY 10036
>
>*Attorneys for Defendants, Robert Ladd and MGT Capital Investments, Inc.*

This 2nd day of May, 2017.

>/s/ Charles J. Harder
>Charles J. Harder