# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NUMBER 1:17-CV-00184-CCE-LPA

**BARRY HONIG**, an individual,

*Plaintiff*,

**v.**

**ROBERT LADD,** an individual**; MGT CAPITAL INVESTMENTS, INC.,** a Delaware corporation; **TERI BUHL**, an individual**; and DOES 1-20**,

*Defendants*.

**[PROPOSED] ORDER**

This matter comes before the Court on the consent motion of Defendants Robert Ladd ("Ladd") and MGT Capital Investments, Inc. ("MGT") to (1) extend by three weeks the time within which Ladd and MGT may respond to the Complaint, up to and including 5 June 2017; (2) should Ladd and MGT file a motion to dismiss the Complaint, extend by three weeks the time in which Honig may file his opposition brief, up to and including 17 July 2017; and (3) extend by one week the time in which Ladd and MGT may file any reply brief, up to and including 7 August 2017.

IT IS SO ORDERED.

This __ of May, 2017.

_____
L. PATRICK AULD
U.S. MAGISTRATE JUDGE