UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
1:17-CV-184

| | |
|---|---|
| **BARRY HONIG**, an individual,<br>        *Plaintiff*,<br>    **v.**<br>**ROBERT LADD,** an individual**; MGT CAPITAL INVESTMENTS, INC.,** a Delaware corporation; **TERI BUHL**, an individual**;** and **DOES 1-20**,<br>        *Defendants*. | **ORDER** |

      This matter comes before the Court on the consent motion of Defendants Robert Ladd ("Ladd") and MGT Capital Investments, Inc. ("MGT") to (1) extend by three weeks the time within which Ladd and MGT may respond to the Complaint, up to and including 5 June 2017; (2) should Ladd and MGT file a motion to dismiss the Complaint, extend by three weeks the time in which Honig may file his opposition brief, up to and including 17 July 2017; and (3) extend by one week the time in which Ladd and MGT may file any reply brief, up to and including 7 August 2017.

    IT IS SO ORDERED.

   This 9th day of May, 2017.

                                                  /s/ L. Patrick Auld
                                         **UNITED STATES MAGISTRATE JUDGE**