IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **BARRY HONIG**, an individual,<br><br>    *Plaintiff*,<br><br>v.<br><br>**ROBERT LADD**, an individual; **MGT CAPITAL INVESTMENTS, INC.**, a Delaware corporation; **TERI BUHL**, an individual**;** and **DOES 1-20**,<br><br>    *Defendants*. | **Case No. 1:17-cv-00184-CCE-LPA** |

## MOTION OF DEFENDANTS ROBERT LADD AND MGT CAPITAL INVESTMENTS, INC. TO DISMISS PURSUANT TO FED. R. CIV P. 12(b)(3) AND 12(b)(6)

Defendants Robert Ladd and MGT Capital Investments, Inc. move to dismiss Plaintiff Barry Honig's Complaint (Docket Entry 1) with prejudice under Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6) because Plaintiff has filed this case in an improper venue and failed to state a claim upon which relief can be granted. The accompanying brief provides additional support for this motion.

**WHEREFORE**, Defendants request that the Court enter an Order as follows:

(1) Dismissing Plaintiff's Complaint with prejudice, and

(2) Awarding Defendants such other and further relief as may be just and proper.

This 5th day of June, 2017.

| | |
|---|---|
| /s/ Jonathan C. Krisko | /s/ John P. Coffey |
| Jonathan C. Krisko | John P. Coffey* |
| N.C. State Bar No. 28625 | |
| | |
| /s/ Erik R. Zimmerman | /s/ Darren A. LaVerne |
| Erik R. Zimmerman | Darren A. LaVerne* |
| N.C. State Bar No. 50427 | |

ROBINSON, BRADSHAW & HINSON, P.A.
1450 Raleigh Road, Suite 100
Chapel Hill, NC 27517
Telephone: (919) 328-8800
Facsimile: (919) 328-8790
jkrisko@robinsonbradshaw.com
ezimmerman@robinsonbradshaw.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
scoffey@kramerlevin.com
dlaverne@kramerlevin.com
* LR 83.1(d) Special Appearance

*Attorneys for Defendants Robert Ladd & MGT Capital Investments, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David E. Fox
N.C. State Bar No. 10332
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700.
Charlotte, NC 28202-4003
(919) 286-8069
davidfox@mvalaw.com

Charles J. Harder
Ryan J. Stonerock
HARDER, MIRELL & ABRAMS LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212
charder@hmafirm.com
rstonerock@hmafirm.com

*Attorneys for Plaintiff Barry Honig*

I hereby certify that on this day, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) I sent by electronic means the foregoing document to the following.

Michael Tremonte
SHER TREMONTE
90 Broad Street, 23rd Floor
New York, NY 10004
mtremonte@shertremonte.com

*Attorney for Defendant Teri Buhl*

KL3 3121361.2

This 5th day of June, 2017.

/s/ Darren A. LaVerne
Darren A. LaVerne*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
dlaverne@kramerlevin.com
* LR 83.1(d) Special Appearance