# EXHIBIT A
# TO
# LAVERNE DECLARATION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

BARRY HONIG, an individual,                    CASE NO.

               Plaintiff,                                  COMPLAINT

    v.

TERI BUHL, an individual, and DOES 1-20,


               Defendants.

_____

     Plaintiff alleges:

## SUMMARY OF THE CASE

     Plaintiff is a private investor who was the victim of defamatory articles published on the Internet by Defendant Teri Buhl, who styles herself as an investigative journalist.  Buhl's articles falsely accuse Plaintiff of serious violations of laws and falsely state that he is under investigation by the government.  Buhl has solely created and perpetuates a fanciful story demonizing Mr. Honig on the basis of her own ill-informed conjecture, unsupported by any reliable sources.  If Buhl has any actual sources at all, they are unreliable and likely seeking to deflect attention away from themselves because they are the targets of the very governmental scrutiny in which Buhl falsely alleges against Mr. Honig.  The defamatory statements by Buhl, discussed herein, have injured Plaintiff in his trade and profession, and are continuing to cause him substantial harm.

## PARTIES

    1.    Plaintiff Barry Honig is a private investor who resides in and is a domiciliary of

Palm Beach County, Florida.

2.      On information and belief, Defendant Teri Buhl is a writer who resides in and is a domiciliary of New York City, New York and operates a weblog at www.teribuhl.com.

3.      Plaintiff is presently unaware of the identities of the defendants sued herein as DOES 1-20, and will amend this Complaint to identify them once Plaintiff learns of their true identities.  Defendant Buhl and DOES 1-20 are collectively referred to herein as "Defendants."

4.      On information and belief, Defendants, and each of them, were and are the agents, licensees, employees, partners, joint-venturers, co-conspirators, owners, principals, and employers of the remaining Defendants and each of them are, and at all times mentioned herein were, acting within the course and scope of that agency, license, partnership, employment, conspiracy, ownership, or joint venture.  On further information and belief, the acts and conduct herein alleged of each of the Defendants were known to, authorized by and/or ratified by the other Defendants, and each of them.

## JURISDICTION & VENUE

5.      This Court has personal jurisdiction over Defendants because they have minimum contacts with the State of New York and/or are domiciliaries of the State of New York.

6.      The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of the parties to this action and the amount in controversy exceeds $75,000.

7.      Venue is proper in this district pursuant to 28 U.S.C. Section 1391(b), in that the named Defendant resides here and a substantial part of the events or omissions giving rise to this complaint occurred here.

## FACTS RELEVANT TO ALL CAUSES OF ACTIONS

8.     On or about May 26, 2016, Ms. Buhl published a story on teribuhl.com entitled "Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme". A true copy of the May 26, 2016 article is attached hereto as **Exhibit A**.

9.     The May 26, 2016 article contains the statement: "But it's possible more players in the microcap space will be arrested by the DOJ or charged with an enforcement action by the SEC. One name that comes to mind is microcap financer Barry Honig." This statement is false. Plaintiff is not the target of any such investigation or enforcement action, and there is no basis to believe an arrest will be made by the DOJ or that Barry Honig will be charged in an enforcement action by the SEC involving the matters in the article published by Ms. Buhl reproduced as **Exhibit A**.

10.     On or about September 23, 2016, Ms. Buhl published another story on teribuhl.com entitled "Investor Barry Honig Target of SEC MGT Capital Subpoena". A true copy of the original version of the September 23, 2016 article is attached hereto as **Exhibit B**.

11.     The original version of the September 23, 2016 article contains the following false and defamatory statements:

a.     "Investor Barry Honig Target of SEC MGT Capital Subpoena"

b.     "Microcap investor Barry C. Honig is the target of an SEC investigation for his role in trading and investing in shares of MGT Capital ($MGT)."

c.     "90% of the regulator's questions are about Honig."

d.     "Honig has been calling SEC enforcement defense lawyers this week looking for representation."

3

   e.  "Barry uses other people to run a company he is secretly controlling and pays stock pumpers to tout the company without disclosure."

   f.  Plaintiff "runs things behind the scene."

   g.  Plaintiff allegedly engages in "tons of questionable pump and dump deals".

   h.  Plaintiff's counsel allegedly "has been able to keep the SEC at bay".

   i.  Plaintiff "teamed up with his favorite investing partner Michael Brauser".

   j.  Plaintiff "acted as an affiliate in trading MGT stock".

   k.  "Market participants sit on the side line to see if the SEC can get the goods to finally charge Barry Honig".

12. The statements in the original September 23, 2016 article are false. Plaintiff is not the target of a subpoena to Plaintiff or an investigation as falsely stated by Teri Buhl, or the subject of 90 percent of a regulator's questions to MGT. Plaintiff has not been looking for an SEC enforcement defense lawyer. Plaintiff is a passive investor and does not run things behind the scenes and is not involved in "pump and dump" schemes. Plaintiff has never paid a stock promoter to tout the company without disclosure. He also has no affiliation with anyone in MGT Capital's management or its Board of Directors. Plaintiff also has not teamed up with Michael Brauser.

13. On or about September 23, 2016, a written communication was delivered to Defendant Buhl identifying the foregoing false and defamatory statements about Plaintiff and demanding a retraction and apology. Defendant Buhl refused to comply with the retraction and apology. Instead, Defendant Buhl changed the title of her article to "Investor Barry Honig

*Subject* of SEC MGT Capital Subpoena", an equally false statement misleading readers into the belief Plaintiff is the sole the focus of a routine SEC subpoena served on MGT, and published an amended version of the article.  A true copy of the amended September 23, 2016 article is attached hereto as **Exhibit C**.  (Exhibits A through C are collectively referred to herein as the "Defamatory Articles".)

14.     The amended September 23, 2016 article repeated many of the defamatory statements about Plaintiff and added two new defamatory statements about Plaintiff:

a.     "Barry Honig is pulling out the big legal guns apparently worried about what's inside that SEC subpoena."

b.     "Additionally, Honig had two days to respond to questions about the subpoena and refused to return a call and email for comment."

15.     The two new statements, added to the amended September 23, 2016 article, are false.  Plaintiff is not worried about what is inside any alleged SEC subpoena, and engaged a well-known libel lawyer for the specific purpose of putting Defendant Buhl on notice of her false and defamatory statements about Plaintiff, and demanding a retraction and apology of same. Further, Plaintiff did not have two days to respond to Defendant Buhl's reporting.  Defendant Buhl did not send any written request for comment to Plaintiff himself, but rather sent a very cryptic statement to Plaintiff's representative that provided no information at all about what Defendant Buhl intended to report, or what specifically she was asking Plaintiff to comment on. The statements identified in Paragraph 11, above, certainly were not contained or referenced in any way in Defendant Buhl's email to Plaintiff's representative for comment.

16.     On September 23, 2016, Plaintiff's libel counsel sent Defendant Buhl a second

5

written communication setting forth additional defamatory statements by Buhl against Plaintiff,

namely, the two defamatory statements in the amended September 23, 2016 article, and the

defamatory statement in the May 26, 2016.  Plaintiff counsel requested a retraction and apology

regarding same, as well as made a second request for a retraction and apology of the defamatory

statements listed above in Paragraph 11 herein.  Ms. Buhl did not retract any of the defamatory

statements and did not apologize, and instead responded by email that she would not do so.

**<u>FIRST CAUSE OF ACTION</u>**
**(Libel)**

17.    Plaintiff hereby incorporates by this reference each allegation set forth in

paragraphs 1 through 16 of this Complaint as if fully set forth herein.

18.    The Defamatory Articles contain false and defamatory statements of and concerning

Plaintiff as more fully stated above.

19.    These false statements are libelous because they wrongly accuse Plaintiff of

involvement in serious violations of securities law and being under investigation for same, and of

hiring counsel because he fears such an investigation.  These false statements would tend to

subject Plaintiff to hatred, distrust, contempt, aversion, ridicule and disgrace in the minds of a

substantial number in the community, and were calculated to harm Plaintiff's social and business

relationships, and did harm his social and business relationships.

20.    The false statements also constitute libel *per se* because they disparage and discredit

Plaintiff in the way of his profession and trade as an investor.

21.    The statements made by Defendants were false and no applicable privilege or

authorization protecting the statements can attach to them.

22.    Plaintiff has been seriously damaged as a direct and proximate cause of the falsity

6

of the statements made by Defendants in an amount to be determined at trial.  The false

statements attribute conduct, characteristics and conditions incompatible with the proper exercise

of Plaintiff's business as an investor.

23.    The Defamatory Statements were widely disseminated on the Internet, in part

because Defendant Buhl distributed her May and September 2016 articles via her Twitter

account, and in part because other individuals and companies, including news organizations,

come to teribuhl.com for financial news, and republish her stories for their readers to read.  The

Defamatory Statements were re-published by others, and Defendant Buhl was aware of this

process and that republications of the Defamatory statements would occur once she published to

Defamatory Statements herself.

24.    Defendants actions were intended to hold Plaintiff up to ridicule and to damage his

personal and professional relationships.

25.    Publication of the Defamatory Statements is egregious conduct constituting moral

turpitude.  As such, in addition to compensatory damages and/or presumed damages, Plaintiff

demands punitive damages relating to Defendants' publication of the Defamatory Statements, in

an amount to be determined at trial.

26.    Plaintiff has complied with all notice requirements prior to filing this action by

informing Defendant Buhl of her defamatory statements, and requesting a retraction, in two e-

mails dated September 23, 2016.  Defendant Buhl directly responded to Plaintiff's counsel after

receiving each such email, to state that she would not comply with the demand for retraction and

apology of the Defamatory Statements.

## SECOND CAUSE OF ACTION
### (Intentional Interference with Prospective Economic Advantage)

7

27.   Plaintiff hereby incorporates by this reference each allegation set forth in paragraphs 1 through 16 of this Complaint as if fully set forth herein.

28.   Defendants knew that Plaintiff, being an investor, had business relationships as well as a reasonable expectation of entering into valid business relationships, which would have been completed had it not been for Defendants' unlawful acts.

29.   On information and belief, as a direct result of Defendants' publication of the Defamatory Statements about Plaintiff, Plaintiff has lost business relationships and/or Plaintiff's existing business relationships have been harmed.

30.   Defendants acted solely out of malice, and/or used dishonest, unfair or improper means to interfere with Plaintiff's actual and prospective business relationships.

31.   Defendants, through the misconduct alleged herein, intended to harm Plaintiff by intentionally and unjustifiably interfering with his actual and prospective business relationships.

32.   Defendants have seriously damaged Plaintiff's actual and prospective business relationships as a direct and proximate cause of the aforementioned acts.

33.   The above-described conduct is egregious and constitutes moral turpitude.  As such, in addition to compensatory damages and/or presumed damages, Plaintiff demands punitive damages in an amount to be determined at trial.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

(a)  An award of damages to Plaintiff in an amount to be determined at trial;

(b) An award of punitive damages to Plaintiff in an amount to be determined at

trial;

(c) An order requiring Defendants to make a public retraction of the Defamatory

Articles;

(d) An order granting preliminary and permanent injunctive relief to prevent

defendants from continuing to publish or disseminate the Defamatory Articles;

and

(e) An award of such other and further relief as the Court may deem just and

proper.

Dated:  September 26, 2016                    Respectfully submitted,

                                              **HARDER MIRELL & ABRAMS LLP**

                                              By: */s/ Charles J. Harder_____*

                                              Charles J. Harder, Esq.
                                              132 S. Rodeo Drive, Fourth Floor
                                              Beverly Hills, California 90212
                                              Tel. (424) 203-1600

                                              Milo Silberstein, Esq.
                                              Dealy Silberstein & Braverman, LLP
                                              225 Broadway, Suite 1405
                                              New York, New York 10007
                                              Tel.  (212) 385-0066

                                              *Counsel for Plaintiff*

# Exhibit A

PAGEVAULT

| | |
|---|---|
| Document title: | Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme |
| Capture URL: | http://www.teribuhl.com/2016/05/26/microcap-attorney-jaclins-co-conspirator-turned-doj-witness-in-shell-factory-scheme/ |
| Captured site IP: | 208.113.210.33 |
| Page loaded at (UTC): | Mon, 26 Sep 2016 14:46:55 GMT |
| Capture timestamp (UTC): | Mon, 26 Sep 2016 14:48:04 GMT |
| Capture tool: | v4.4.3 |
| Page Vault server IP: | 52.5.8.50 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 14 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/205636 |
| User: | harder-user3 |



# TERI BUHL

## SMASHMOUTH INVESTIGATIVE JOURNALISM

Home          About          Contact          🔍

## Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme

**26**
May



Donate with Bitcoin

| 10 | USD ▼ |

**₿ bitcoin** Donate Now

Donate with PayPal

**Donate**

Your Voice

**NDA on**
Investor Barry Honig Subject of SEC MGT Capital Subpoena

**Andrea on**

---

*This story has been updated*

A 20-year veteran of Microcap financing deals, attorney Gregg Evan Jaclin, has been charged with running a shell-factory shop and securities fraud for nearly a decade. Yesterday I reported at *Growth Capitalist* the government has been building their case against Jaclin and his co-conspirator Imran Husain for years. Jaclin is accused of filing false opinion letters that allowed stock, which U.S. securities law says should be restricted, to freely trade within months of a private company going public through buying one of the Jaclin/Husain shells.

has been building their case against Jaclin and his co-conspirator Imran Husain for years. Jaclin is accused of filing false opinion letters that allowed stock, which U.S. securities law says should be restricted, to freely trade within months of a private company going public through buying one of the Jaclin/Husain shells.

Jaclin, who denies the SEC charges, is currently working in the industry as the chairman of the corporate securities group at New Jersey-based Szaferman Lakind LLP. He lives in a million dollar home in West Windsor, NJ with his wife, Jill Gartenberg Jaclin, and their two kids.



Gregg And Jill Jaclin

Jaclin previously co-owned a law firm, Anslow & Jaclin, where he allegedly issued false SEC filings for the public shell companies named in the government's complaint. Jaclin's former partner Richard Anslow joined another top microcap financing law firm, Ellenoff Grossman & Schole LP, in October 2013. Anslow acknowledged he was interviewed in the SEC investigation of the shell factory scheme, according to his managing partner Doug Ellenoff. Ellenoff also told this reporter Richard Anslow doesn't believe he is still part of the SEC investigation. I was able to ask Anslow face to face, at the Marcum Microcap Conference in NYC on June 1st, if the SEC had directly

## Your Voice

NDA on Investor Barry Honig Subject of SEC MGT Capital Subpoena

Andrea on Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

Kris on Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

John on Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else - The Fraud Site on Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme

## State v. Buhl

Learn How Connecticut Wants to Jail Me For Protecting Sources and Squash Speech

Document title: Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme
Capture URL: http://www.teribuhl.com/2016/05/26/microcap-attorney-jaclins-co-conspirator-turned-doj-witness-in-shell-factory-scheme/
Capture timestamp (UTC): Mon, 26 Sep 2016 14:48:04 GMT

interviewed in the SEC investigation of the shell factory scheme, according to his managing partner Doug Ellenoff. Ellenoff also told this reporter Richard Anslow doesn't believe he is still part of the SEC investigation. I was able to ask Anslow face to face, at the Marcum Microcap Conference in NYC on June 1st, if the SEC had directly told him he is no longer part of the investigation, which centers on false filings and opinion letters written by a firm (Anslow+Jaclin) he co-owned. Anslow shook his head when I posed the question and started to walk away from me really fast. I followed him asking the question again along with asking "are you running away from a reporter's questions". Anslow escaped and I never got my answer. Anslow has not been charged by the government in this case.

The Securities and Exchange Commission complaint against Jaclin was filed by the regulator's L.A. office in the district of Central California federal court on May 12, 2016. The SEC thanked the DOJ team in Northern California for assisting them in building their case but I found it odd they didn't mention parts of Husain's sworn plea agreement that talked about Jaclin's role in coaching Husain, in 2012, to get some of the puppet CEO's of the shell companies to lie to the SEC when the regulator began investigating who actually had control of the companies. It makes me wonder if these details are being saved for a DOJ criminal complaint against Jaclin. When I reached one of Husain's lawyers, Victor Sherman, he told me he thought criminal charges were coming against Jaclin.

Nine shell companies were listed in the SEC complaint as being fraudulently built to look like real companies but in my investigation of the alleged scheme I found there were a lot more deals that fit the same pattern as described by



State v. Buhl

## Learn How Connecticut Wants to Jail Me For Protecting Sources and Squash Speech

**Read More »**

## News I'm Reading

American Banker: Feds Wrongly Demonize Privacy in Digital Currency Case

Keiser Report: Stripped To Teeth – Teri Buhl talks JP Morgan Legal Woes

## Teri Buhl in the News

Keiser Report: Stripped To Teeth (E292)

More Videos

Document title: Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme
Capture URL: http://www.teribuhl.com/2016/05/26/microcap-attorney-jaclins-co-conspirator-turned-doj-witness-in-shell-factory-scheme/
Capture timestamp (UTC): Mon, 26 Sep 2016 14:48:04 GMT

me he thought criminal charges were coming against Jaclin.

Nine shell companies were listed in the SEC complaint as being fraudulently built to look like real companies but in my investigation of the alleged scheme I found there were a lot more deals that fit the same pattern as described by regulators. Such as the case against Cary Lee Peterson who bought a shell from Jaclin and reverse merged a company called RVPlus. Although Peterson was arrested in March Paul Fishman, the head of the DOJ in New Jersey, didn't get a jury to indict Peterson until May 10th- 2 days before the SEC filed their complaint against Jaclin. In the Peterson case the government quotes emails between Peterson and the "lawyer on the deal" negotiating the price of the shell. SEC records show that lawyer is Gregg Jaclin. Peterson is quoted saying 'I'm not paying that price' if the restriction on the legend for the shares isn't removed so I can trade these shares within the first few months. Jaclin and Husain charged between $215k-$425k, which is high, per shell company they sold.

Private companies will pay more for a shell if it's considered a 'clean shell'. This means the public company has reported to the SEC for a year and it has a real business plan with at least 40 different shareholders. The scheme laid out in the SEC complaint says nominee shareholders were made up and Husain hired puppet CEOs to pretend to run the companies when it was really him pulling the strings. It's those actions that are a BIG no-no, according to the SEC.

The New Jersey DOJ confirmed the RVPlus CEO, Cary Lee Peterson, was unable to post bail last week and had to get a public defender, which makes me wonder if the DOJ will also press him to turn government witness against Jaclin



Stripped To Teeth (E292)

More Videos

## Trusted News

Christopher Fountain: Best Source of Greenwich,CT News

Ian Fraser: Investigative UK Financial Journalist

On the Case: Alison Frankel

RT Kesier Report



Document title: Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme
Capture URL: http://www.teribuhl.com/2016/05/26/microcap-attorney-jaclins-co-conspirator-turned-doj-witness-in-shell-factory-scheme/
Capture timestamp (UTC): Mon, 26 Sep 2016 14:48:04 GMT

him pulling the strings. It's those actions that are a BIG no-no, according to the SEC.

The New Jersey DOJ confirmed the RVPlus CEO, Cary Lee Peterson, was unable to post bail last week and had to get a public defender, which makes me wonder if the DOJ will also press him to turn government witness against Jaclin and others in the scheme. So far there are no public criminal charges against Jaclin but the pressman for the DOJ in Northern Cal reminded me there could be a sealed indictment against Jaclin that no one knows about.

Allegedly lying in SEC financials for public companies and writing false opinion letters isn't the only thing Jaclin is culpable of. In 2011, Jaclin and his former law partner Richard Anslow made a press announcement that they were going to merge with a New York-based top-billing microcap law firm named Schenzia Ross Friedman Ference LLP. Yesterday, I reported at *Growth Capitalist* the merger quickly fell apart because the partners at Schenzia Ross were uncomfortable with some the deals Anslow+Jaclin worked on. Even though no merger docs were ever signed to form the new firm, I found Jaclin was signing opinion letters for S-1 filings with the firm name: Schenzia Ross Friedman Ference Anslow LLP in 2011 and 2012. One such filing was for Health Direct, an issuer listed in the SEC complaint against Jaclin. Harvey Kesner, a partner at Schenzia Ross, told me after reviewing the SEC filing of Health Direct with other partners of Schenzia Ross, "the filing was not on behalf of SRFF and the use of any portion of the firm name is unauthorized". Signing the wrong law firm name could make an issuer's S-1 filing considered a false opinion in the eyes of the SEC.

If the statements Husain made in his plea deal are true then Jaclin would have known the SEC investigation



Document title: Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme
Capture URL: http://www.teribuhl.com/2016/05/26/microcap-attorney-jaclins-co-conspirator-turned-doj-witness-in-shell-factory-scheme/
Capture timestamp (UTC): Mon, 26 Sep 2016 14:48:04 GMT

any portion of the firm name is unauthorized". Signing the wrong law firm name could make an issuer's S-1 filing considered a false opinion in the eyes of the SEC.

If the statements Husain made in his plea deal are true then Jaclin would have known the SEC investigation started as far back as at least August 2012 when one of their puppet CEO's was called in for questioning. From that point on when the SEC started asking Jaclin questions he had a legal obligation to tell the issuers trading exchange, OTC Markets, that he was under investigation. OTC's contract with attorneys who represent Issuers with opinion letters published on their trading platform clearly states under rule 12 in the Attorneys Agreement:



> *The letter must state to the best knowledge of counsel, after inquiry of management and the directors of the Issuer, whether or not the issuer of the Securities, any 5% holder, or counsel is currently under investigation by any federal or state regulatory authority for any violation of federal or states securities laws, and if so, the details of such investigation must be provided in such letter.*

Imran Husain is the only co-conspirator of Jaclin's named in the SEC complaint. But it's possible more players in the microcap space will be arrested by the DOJ or charged with an enforcement action by the SEC. One name that comes to mind is microcap financer Barry Honig. I reported for *Growth Capitalist* the CEO of YesDTC, one of the issuers in the Jaclin complaint, was also arrested and



Document title: Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme
Capture URL: http://www.teribuhl.com/2016/05/26/microcap-attorney-jaclins-co-conspirator-turned-doj-witness-in-shell-factory-scheme/
Capture timestamp (UTC): Mon, 26 Sep 2016 14:48:04 GMT

in the SEC complaint. But it's possible more players in the microcap space will be arrested by the DOJ or charged with an enforcement action by the SEC. One name that comes to mind is microcap financier Barry Honig. I reported for *Growth Capitalist* the CEO of YesDTC, one of the issuers in the Jaclin complaint, was also arrested and made a plea deal with the DOJ in 2014. His name is Joe Noel. Noel and Husain both said in sworn testimony it was Barry Honig who bought the shell (created by Jaclin/Husain) that YesDTC merged into. The SEC successfully charged YesDTC for being a pump and dump. Noel then went on to say that Barry Honig 'made him' hire a stock promoter to aid in the pump and dump of YesDTC and alluded to the notion that Honig was also a control person in YesDTC. This matters because it affects Honig's 9.99% investment in the company and his timing of when he can sell his shares. Honig has gone on the record through his attorney, Harvey Kesner, that he was not a control person of YesDTC, that he was cheated by Joe Noel, and Noel is lying in his DOJ plea statement. Honig has never been arrested or charged by the SEC for his role in investing in microcap stocks.

*Editors Note: May 26 2016*

*When Jaclin learned I was reporting on him he called my cell phone late Friday night, which was the day after his SEC charges were announced, and left a voice mail he wanted to talk. It was past 9pm and I didn't call him back that night. At 7am Saturday he then tried to write a somewhat threatening letter to an editor, Shelly Kraft, who he thought I was reporting for. Jaclin tried use the fact his firm had spent money sponsoring conferences of Kraft's in the past and as a result he should be able to control the line of questioning I was doing researching his background. When I saw the emails Saturday I reminded Jaclin, via email, I am a freelance journalist who is isn't*



*somewhat threatening letter to an editor, Shelly Kraft, who he thought I was reporting for. Jaclin tried use the fact his firm had spent money sponsoring conferences of Kraft's in the past and as a result he should be able to control the line of questioning I was doing researching his background. When I saw the emails Saturday I reminded Jaclin, via email, I am a freelance journalist who is isn't controlled as a staff writer by any publication and if he had complaints they should come directly to me. I had also pointed out Shelly Kraft doesn't own the publication I was planning on selling his story to. After that he refused to return my calls and asked for questions in email. Once he saw I had the DOJ secret plea deal from his co-conspirator I got an email late Saturday night that he's hired an ex-SEC lawyer out of Colorado who instructed him not to comment on the case. But Jaclin couldn't help himself and still tried to reach out to influence reporting on his case, this time to the correct editor of the publication I sell stories too; his goal appeared to be to muzzle me. Luckily I have an ethical and amazing editor at www.growthcapitalist.com who politely listened to Jaclin's fear that reporting on his SEC fraud suit and other possible crimes is 'embarrassing his kids' but my editor didn't try to stop me from looking into other deals Jaclin might have done that are not legal and gather more evidence of his alleged crimes. The level of reporting and type of coverage I am allowed to do at www.growthcapitalist.com is unique, impactful, and full of details to help inform and warn the market. As a result the coverage is behind a paywall and you have to pay for it. I encourage anyone who invests in small cap stocks or cares about free markets to try subscribing. It's worth it!*

Share this:

Share 1    Tweet    Share 23    +1 0

Document title: Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme
Capture URL: http://www.teribuhl.com/2016/05/26/microcap-attorney-jaclins-co-conspirator-turned-doj-witness-in-shell-factory-scheme/
Capture timestamp (UTC): Mon, 26 Sep 2016 14:48:04 GMT



*the coverage behind a paywall and you have to pay for it. I encourage anyone who invests in small cap stocks or cares about free markets to try subscribing. It's worth it!*

Share this:

    

Related

**Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else**
September 7, 2016
In "Exclusive News"

**Investor Barry Honig Subject of SEC MGT Capital Subpoena**
September 23, 2016
In "Banksters Behaving Badly"

**Former NY Giants Amani Toomer's brother Indicted in Mircocap Fraud**
December 23, 2015
In "Banksters Behaving Badly"

7 Comments



Subscribe

Enter your email address to subscribe to TeriBuhl.com and receive notifications of new articles by email.

Email Address

Subscribe

## Comments



Document title: Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme
Capture URL: http://www.teribuhl.com/2016/05/26/microcap-attorney-jaclins-co-conspirator-turned-doj-witness-in-shell-factory-scheme/
Capture timestamp (UTC): Mon, 26 Sep 2016 14:48:04 GMT



## Comments

**Spectre** says:

May 26, 2016 at 11:37 pm

The SEC is going after a couple of Microcap scammers for setting up
shell companies?
Imran Husain and Gregg Evan Jaclin must not have connections in
Washington, D.C.

**Reply**

**Charlize** says:

June 6, 2016 at 6:02 am

Are there any red flags to look for to identify dirty shell schemes?
I found this on attorney David E. Price out of Maryland who writes
bogus opinion letters for many fraudulent companies. It describes him
as hijacking dirty shells. Price was sued in S. Dist. Florida court in Allen
Licht v. Ajene Watson, et. al along with many former NIR players
(Watson, Curt Kramer, Eric Noveshen) for his role in destroying that
company. Kramer was the only one of the bunch that FINRA has done
something about.
http://promotionstocksecrets.com/ldsi-research-report/

**Reply**

**Byron Allen Black** says:

June 12, 2016 at 4:37 pm

I saw you on the Max Keiser show and thought you were great.

Keep after those crooks.

Regards from West Java.



Document title: Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme
Capture URL: http://www.teribuhl.com/2016/05/26/microcap-attorney-jaclins-co-conspirator-turned-doj-witness-in-shell-factory-scheme/
Capture timestamp (UTC): Mon, 26 Sep 2016 14:48:04 GMT



**Byron Allen Black** says:

June 12, 2016 at 4:37 pm

I saw you on the Max Keiser show and thought you were great.

Keep after those crooks.

Regards from West Java.

**Reply**

**Byron (from L.A)** says:

August 14, 2016 at 10:41 am

Why do sharks eat fish instead of chicken? Because the fish swim around them and birds don't.

Imran Husain was connected into the rich community and was trusted by people with whom he shared customs and culture. The Mafia preyed on the Italians more than any other group, and Imran Husain did the same.

He is a looser and a conman !!! spending daddy's money, I've seen him a couple of times in L.A.

Keep up the good work

Byron

**Reply**

## Trackbacks

Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else - The Fraud Site



Microcap Attorney Jaclin fights SEC fraud case by
Blaming Everyone Else

Microcap Attorney Jaclin fights SEC fraud case by
Blaming Everyone Else - The Fraud Site

## Share Your Voice

Comment

Add Your Comment Here

Name  Type Your Name Here

Email: Not Published  Email Goes Here

Website  Website URL Here


Submit Comn

☐  Notify me of follow-up comments by email.

☐  Notify me of new posts by email.



Document title: Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme
Capture URL: http://www.teribuhl.com/2016/05/26/microcap-attorney-jaclins-co-conspirator-turned-doj-witness-in-shell-factory-scheme/
Capture timestamp (UTC): Mon, 26 Sep 2016 14:48:04 GMT



Name        Type Your Name Here

Email: Not Published        Email Goes Here

Website        Website URL Here

Submit Comm

☐  Notify me of follow-up comments by email.

☐  Notify me of new posts by email.

**Banksters Behaving Badly**        **Financial Shenanigans**
**Bitcoin Trends**        **Government Transparency Fail**
**Correcting the Record**        **Happen in New Canaan**
**Exclusive News**        **It Needed Reporting**

Back To Top        © 2016 · Built by Motor City Mobility.

Document title: Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme
Capture URL: http://www.teribuhl.com/2016/05/26/microcap-attorney-jaclins-co-conspirator-turned-doj-witness-in-shell-factory-scheme/
Capture timestamp (UTC): Mon, 26 Sep 2016 14:48:04 GMT

# Exhibit B

PAGEVAULT

| | |
|---|---|
| Document title: | Investor Barry Honig Target of SEC MGT Capital Subpoena |
| Capture URL: | http://webcache.googleusercontent.com/search? q=cache:sYmEubfKACEJ:www.teribuhl.com/2016/09/23/investor- barry-honig-target-of-sec-mgt-capital-subpoena/ +&amp;cd=1&amp;hl=en&amp;ct=clnk&amp;gl=us |
| Captured site IP: | 173.194.66.132 |
| Page loaded at (UTC): | Fri, 23 Sep 2016 21:44:27 GMT |
| Capture timestamp (UTC): | Fri, 23 Sep 2016 21:44:58 GMT |
| Capture tool: | v4.3.1 |
| Page Vault server IP: | 52.5.8.50 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 12 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/204355 |
| User: | harder-user3 |

This is Google's cache of http://www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-mgt-capital-subpoena/. It is a snapshot of the page as it appeared on Sep 23, 2016 19:11:24 GMT.
The current page could have changed in the meantime. Learn more

**Full version**      Text-only version      View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or ⌘**-F** (Mac) and use the find bar.



# TERI BUHL

## SMASHMOUTH

## INVESTIGATIVE JOURNALISM

**Menu**          ⌄          🔍

# Investor Barry Honig Target of SEC MGT Capital Subpoena

**23**
Sep

Microcap investor Barry C. Honig is the target of an SEC investigation for his role in trading and investing in shares of MGT Capital (**$MGT**). MGT Capital is trying to complete a reverse merger with famed tech entrepreneur John McAfee. I am reporting exclusive news today for *Growth Capitalist* on what's inside the Securities and Exchange Commission subpoena MGT Capital announced was served on them late last week.

Document title: Investor Barry Honig Target of SEC MGT Capital Subpoena
Capture URL: http://webcache.googleusercontent.com/search?q=cache:sYmEubfKACEJ:www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-...
Capture timestamp (UTC): Fri, 23 Sep 2016 21:44:58 GMT

Microcap investor Barry C. Honig is the target of an SEC investigation for his role in trading and investing in shares of MGT Capital (**$MGT**). MGT Capital is trying to complete a reverse merger with famed tech entrepreneur John McAfee. I am reporting exclusive news today for *Growth Capitalist* on what's inside the Securities and Exchange Commission subpoena MGT Capital announced was served on them late last week.

News of the SEC formal demand for answers from the company delighted short sellers to the tune of a 40% drop in MGT's stock this week. The company, currently run by CEO Robert Ladd, says it does not believe the SEC is targeting any of the company executives. But shareholders have expressed doubt this week given the lack of details the company was allowed to disclose about the regulatory investigation. On top that the NYSE, where MGT trades, announced it wouldn't accept the new shares that are set to be issued in the reverse merger with John McAfee's cyber security companies. The national stock exchange was kind of jerk about it because they didn't offer up a reason for the share issuance halt. Unfortunately, it's a big clusterf−k of unknowns for the company and shareholders right now.

But one thing that my reporting makes very clear is the SEC wants to make sure Barry Honig isn't' doing anything shady (or out right illegal) with this company. According to insiders who saw the SEC subpoena, 90% of the regulator's questions are about Honig. I can also confirm Honig has been calling SEC enforcement defense lawyers this week looking for representation. I first reported on Honig's alleged illegal actions in my "Attorney Gregg Jaclin blew up his life and got busted for creating a shell factory scheme" story. The central theme of bad behavior is Barry uses other people to run a company he is secretly controlling and

90% of the regulator's questions are about Honig. I can also confirm Honig has been calling SEC enforcement defense lawyers this week looking for representation. I first reported on Honig's alleged illegal actions in my "Attorney Gregg Jaclin blew up his life and got busted for creating a shell factory scheme" story. The central theme of bad behavior is Barry uses other people to run a company he is secretly controlling and pays stock pumpers to tout the company without disclosure.

You can see here in a DOJ plea deal made by one of Honig's puppet CEO's how Honig allegedly runs things behind the scene. This plea deal was first reported and unearthed by me in a story for *Growth Capitalist* in May.

The SEC has never been able to pin anything on Honig. We do see a FINRA action settled against him as a young trader in 2000 when he was working for a questionable PIPE financing firm called Ramius Capital (or Ramius Securities).

On June 14 2000 FINRA said Honig had acted as an affiliate trading with others and hid it by running the trade through two people instead of one.

> *Barry Charles Honig (CRD #2362713, Registered Representative, New York, New York) submitted a Letter of Acceptance, Waiver, and Consent in which he was fined $25,000 and suspended from association with any NASD member in any capacity for 10 business days. Without admitting or denying the allegations, Honig consented to the described sanctions and to the entry of findings that he sought to inappropriately coordinate a trade report to ACT with another market participant as two separate trades instead of one.*



Document title: Investor Barry Honig Target of SEC MGT Capital Subpoena
Capture URL: http://webcache.googleusercontent.com/search?q=cache:sYmEubfKACEJ:www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-...
Capture timestamp (UTC): Fri, 23 Sep 2016 21:44:58 GMT

*capacity for 10 business days. Without admitting or denying the allegations, Honig consented to the described sanctions and to the entry of findings that he sought to inappropriately coordinate a trade report to ACT with another market participant as two separate trades instead of one.*

Honig has a SEC deal lawyer, Harvey Kesner at www.srff.com , who has been able to keep the SEC at bay in tons of questionable pump and dump deals Honig invested in. I know from interviewing MGT's executives and reviewing Honig's financing transactions that he wasn't a control person at MGT. CEO Rob Ladd, who use to run a hedge fund, put blockers in Barry's finance deal that don't allow him to own a certain percent of the company. What we don't know is whether Barry teamed up with his favorite investing partner Michael Brauser and acted as an affiliate in trading MGT stock, which blew up to a 700% gain when news of a John McAfee merger was announced in May. Affiliate trading without disclosure is a big SEC no-no, which I explain my story today at www.growthcapitlist.com

For now it's a wait and see as MGT scrambles to get the SEC to clarify to stock exchanges that the reverse merger deal is clean. And market participants sit on the side line to see if the SEC can get the goods to finally charge Barry Honig.

Share this:





No Comments

Document title: Investor Barry Honig Target of SEC MGT Capital Subpoena
Capture URL: http://webcache.googleusercontent.com/search?q=cache:sYmEubfKACEJ:www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-...
Capture timestamp (UTC): Fri, 23 Sep 2016 21:44:58 GMT



Share this:

No Comments



Subscribe

Enter your email address to subscribe to TeriBuhl.com and receive notifications of new articles by email.

Email Address

Subscribe

## Share Your Voice

Comment

Add Your Comment Here



Document title: Investor Barry Honig Target of SEC MGT Capital Subpoena
Capture URL: http://webcache.googleusercontent.com/search?q=cache:sYmEubfKACEJ:www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-...
Capture timestamp (UTC): Fri, 23 Sep 2016 21:44:58 GMT
Page 5 of 11

## Comment

Add Your Comment Here

Name

Type Your Name Here

Email: Not Published

Email Goes Here

Website

Website URL Here

Submit Comm

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

Donate with Bitcoin          Donate with PayPal



Document title: Investor Barry Honig Target of SEC MGT Capital Subpoena
Capture URL: http://webcache.googleusercontent.com/search?q=cache:sYmEubfKACEJ:www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-…
Capture timestamp (UTC): Fri, 23 Sep 2016 21:44:58 GMT

☐ Notify me of new posts by email.





## Your Voice

**Andrea** on
Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

**Kris** on
Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

**John** on
Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else
- The Fraud Site
on
Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell
Factory Scheme

Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else
on
Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell
Factory Scheme

on
Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell
Factory Scheme

Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else
on
Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell
Factory Scheme

## State v. Buhl

Learn How Connecticut Wants to Jail Me For Protecting Sources and
Squash Speech

Read More »

## News I'm Reading

American Banker: Feds Wrongly Demonize Privacy in Digital Currency Case

Keiser Report: Stripped To Teeth – Teri Buhl talks JP Morgan Legal Woes

## Teri Buhl in the News





## Teri Buhl in the News



Keiser Report: Stripped To Teeth (E292)

More Videos

## Trusted News

Christopher Fountain: Best Source of Greenwich,CT News

Ian Fraser: Investigative UK Financial Journalist

On the Case: Alison Frankel

RT Kesier Report





Document title: Investor Barry Honig Target of SEC MGT Capital Subpoena
Capture URL: http://webcache.googleusercontent.com/search?q=cache:sYmEubfKACEJ:www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-…
Capture timestamp (UTC): Fri, 23 Sep 2016 21:44:58 GMT
Page 9 of 11



Banksters Behaving Badly

Bitcoin Trends

Correcting the Record

Exclusive News



Document title: Investor Barry Honig Target of SEC MGT Capital Subpoena
Capture URL: http://webcache.googleusercontent.com/search?q=cache:sYmEubfKACEJ:www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-…
Capture timestamp (UTC): Fri, 23 Sep 2016 21:44:58 GMT



Banksters Behaving Badly
Bitcoin Trends
Correcting the Record
Exclusive News

Financial Shenanigans
Government Transparency Fail
Happen in New Canaan
It Needed Reporting

Back To Top

© 2016 · Built by Motor City Mobility.



Document title: Investor Barry Honig Target of SEC MGT Capital Subpoena
Capture URL: http://webcache.googleusercontent.com/search?q=cache:sYmEubfKACEJ:www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-…
Capture timestamp (UTC): Fri, 23 Sep 2016 21:44:58 GMT

# Exhibit C

PAGEVAULT

| | |
|---|---|
| Document title: | Investor Barry Honig Subject of SEC MGT Capital Subpoena |
| Capture URL: | http://www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-mgt-capital-subpoena/ |
| Captured site IP: | 208.113.210.33 |
| Page loaded at (UTC): | Fri, 23 Sep 2016 21:46:48 GMT |
| Capture timestamp (UTC): | Fri, 23 Sep 2016 21:47:20 GMT |
| Capture tool: | v4.3.1 |
| Page Vault server IP: | 52.5.8.50 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 13 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/204359 |
| User: | harder-user3 |



# TERI BUHL

## SMASHMOUTH INVESTIGATIVE JOURNALISM

**Menu** ⌄        🔍

# Investor Barry Honig Subject of SEC MGT Capital Subpoena

**23**
*Sep*

*This story has been updated*

Microcap investor Barry C. Honig is a lead subject of an SEC investigation for his role in trading and investing in shares of MGT Capital (**$MGT**). MGT Capital is trying to complete a reverse merger with famed tech entrepreneur John McAfee. I am reporting exclusive news today for *Growth Capitalist* on what's inside the Securities and Exchange Commission subpoena MGT Capital announced was lobbed on them late last week.

News of the SEC formal demand for answers from the company delighted short sellers to the tune of a 40% drop in MGT's stock this week. The

entrepreneur John McAfee. I am reporting exclusive news today for *Growth Capitalist* on what's inside the Securities and Exchange Commission subpoena MGT Capital announced was lobbed on them late last week.

News of the SEC formal demand for answers from the company delighted short sellers to the tune of a 40% drop in MGT's stock this week. The company, currently run by CEO Robert Ladd, says it does not believe the SEC is targeting any of the company executives. But shareholders have expressed doubt this week given the lack of details the company was allowed to disclose about the regulatory investigation. On top that the NYSE, where MGT trades, announced it wouldn't accept the new shares that are set to be issued in the reverse merger with John McAfee's cyber security companies. The national stock exchange was kind of jerk about it because they didn't offer up a reason for the share issuance halt. Unfortunately, it's a big clusterf−k of unknowns for the company and shareholders right now.

But one thing that my reporting makes very clear is the SEC wants to make sure Barry Honig isn't' doing anything shady (or out right illegal) with this company. According to insiders who saw the SEC subpoena, a large portion of the regulator's questions are about Honig, his company GRQ Consultants, and people who invest with him. I can also confirm Honig has been calling SEC enforcement defense lawyers this week looking for representation. I first reported on Honig's alleged illegal actions in my "Attorney Gregg Jaclin blew up his life and got busted for creating a shell factory scheme" story this Spring. The central theme of alleged bad behavior is Barry uses other people to run a company he is secretly controlling and pays stock pumpers to tout the company without disclosure.

Document title: Investor Barry Honig Subject of SEC MGT Capital Subpoena
Capture URL: http://www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-mgt-capital-subpoena/
Capture timestamp (UTC): Fri, 23 Sep 2016 21:47:20 GMT

looking for representation. I first reported on Honig's alleged illegal actions in my "Attorney Gregg Jaclin blew up his life and got busted for creating a shell factory scheme" story this Spring. The central theme of alleged bad behavior is Barry uses other people to run a company he is secretly controlling and pays stock pumpers to tout the company without disclosure.

You can see here in a DOJ plea deal made by one of Honig's alleged puppet CEOs how Honig allegedly runs things behind the scene. This plea deal was first reported and unearthed by me in a story for *Growth Capitalist* in May.

The SEC has never been able to pin anything on Honig. We do see a FINRA action settled against him as a young trader in 2000 when he was working for a questionable PIPE financing firm called Ramius Capital (or Ramius Securities). On June 14, 2000 FINRA said Honig had acted as an affiliate trading with others and hid it by running the trade through two people instead of one.



*Barry Charles Honig (CRD #2362713, Registered Representative, New York, New York) submitted a Letter of Acceptance, Waiver, and Consent in which he was fined $25,000 and suspended from association with any NASD member in any capacity for 10 business days. Without admitting or denying the allegations, Honig consented to the described sanctions and to the entry of findings that he sought to inappropriately coordinate a trade report to ACT with another market participant as two separate trades instead of one.*



Document title: Investor Barry Honig Subject of SEC MGT Capital Subpoena
Capture URL: http://www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-mgt-capital-subpoena/
Capture timestamp (UTC): Fri, 23 Sep 2016 21:47:20 GMT

*and suspended from association with any NASD member in any capacity for 10 business days. Without admitting or denying the allegations, Honig consented to the described sanctions and to the entry of findings that he sought to inappropriately coordinate a trade report to ACT with another market participant as two separate trades instead of one.*

Honig has a SEC deal lawyer, Harvey Kesner at www.srff.com , who has been able to keep the SEC at bay in tons of questionable pump and dump deals Honig invested in. I know from interviewing MGT's executives and reviewing Honig's financing transactions that he wasn't a control person at MGT. CEO Rob Ladd, who use to run a hedge fund, put blockers in Barry's finance deal that don't allow him to own a certain percent of the company. What we don't know is whether Barry teamed up with his favorite investing partner Michael Brauser and acted as an affiliate in trading MGT stock, which blew up to a 700% gain when news of a John McAfee merger was announced in May. Affiliate trading without disclosure is a big SEC no-no, which I explain my story today at www.growthcapitlist.com. Honig through his attorney did not return a request for comment.

For now it's a wait and see as MGT scrambles to get the SEC to clarify to stock exchanges that the reverse merger deal is clean. And market participants sit on the side line to see if the SEC can get the goods to finally charge Barry Honig.

*Clarification: Barry Honig is pulling out the big legal guns apparently worried about what's inside that SEC subpoena. As of 5:30pm I was contacted by a California attorney for Honig demanding to have the story*

Document title: Investor Barry Honig Subject of SEC MGT Capital Subpoena
Capture URL: http://www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-mgt-capital-subpoena/
Capture timestamp (UTC): Fri, 23 Sep 2016 21:47:20 GMT

participants sit on the side line to see if the SEC can get the goods to finally charge Barry Honig.

*Clarification: Barry Honig is pulling out the big legal guns apparently worried about what's inside that SEC subpoena. As of 5:30pm I was contacted by a California attorney for Honig demanding to have the story taken down. I refused and stand by the sourcing in this story. I have spoken with people who have seen the subpoena again and clarified a sentence in the story that relates to a large portion of the SEC's questions are centered on Barry Honig, his company and people he invest with. The original sentence said "90% of the SEC questions are about Barry Hoing." Additionally, Honig had two days to respond to questions about the subpoena and refused to return a call and email for comment.*

Share this:



Related

Iroquois Capital's Josh Silverman Threatens Portfolio Stock CEO
June 11, 2014
In "Banksters Behaving Badly"

Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme
May 26, 2016
In "Financial Shenanigans"

Plainfield Asset Mgt Investors Insulted by Ex-Hedgie Executive's Cheap Cash Offer
January 28, 2015
In "Banksters Behaving Badly"

No Comments



Badly"

No Comments

## Subscribe

Enter your email address to subscribe to TeriBuhl.com and receive notifications of new articles by email.

Email Address

Subscribe

## Share Your Voice

Comment

Add Your Comment Here



Document title: Investor Barry Honig Subject of SEC MGT Capital Subpoena
Capture URL: http://www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-mgt-capital-subpoena/
Capture timestamp (UTC): Fri, 23 Sep 2016 21:47:20 GMT



Name    Type Your Name Here

Email: Not Published    Email Goes Here

Website    Website URL Here

Submit Comm

☐   Notify me of follow-up comments by email.

☐   Notify me of new posts by email.

Donate with Bitcoin      Donate with PayPal

10    USD ▼      Donate

Document title: Investor Barry Honig Subject of SEC MGT Capital Subpoena
Capture URL: http://www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-mgt-capital-subpoena/
Capture timestamp (UTC): Fri, 23 Sep 2016 21:47:20 GMT







## Your Voice

**Andrea on**
Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

**Kris on**
Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

**John on**
Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else - The Fraud Site
on
Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme

Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else
on
Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme

Document title: Investor Barry Honig Subject of SEC MGT Capital Subpoena
Capture URL: http://www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-mgt-capital-subpoena/
Capture timestamp (UTC): Fri, 23 Sep 2016 21:47:20 GMT

Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

on

Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme

## State v. Buhl

Learn How Connecticut Wants to Jail Me For Protecting Sources and Squash Speech

**Read More »**

## News I'm Reading

American Banker: Feds Wrongly Demonize Privacy in Digital Currency Case

Keiser Report: Stripped To Teeth – Teri Buhl talks JP Morgan Legal Woes

## Teri Buhl in the News







Keiser Report: Stripped To Teeth (E292)

More Videos



Trusted News

Christopher Fountain: Best Source of Greenwich,CT News

Ian Fraser: Investigative UK Financial Journalist

On the Case: Alison Frankel

RT Kesier Report



Document title: Investor Barry Honig Subject of SEC MGT Capital Subpoena
Capture URL: http://www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-mgt-capital-subpoena/
Capture timestamp (UTC): Fri, 23 Sep 2016 21:47:20 GMT



Banksters Behaving Badly
Bitcoin Trends
Correcting the Record
Exclusive News

Document title: Investor Barry Honig Subject of SEC MGT Capital Subpoena
Capture URL: http://www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-mgt-capital-subpoena/
Capture timestamp (UTC): Fri, 23 Sep 2016 21:47:20 GMT

Banksters Behaving Badly
Bitcoin Trends
Correcting the Record
Exclusive News

Financial Shenanigans
Government Transparency Fail
Happen in New Canaan
It Needed Reporting

Back To Top

© 2016 · Built by Motor City Mobility.