# EXHIBIT F
# TO
# LAVERNE DECLARATION

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

WASHINGTON, D.C. 20549

# FORM 10–Q

[X] **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2016

[ ] **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number: 001–32698

# MGT CAPITAL INVESTMENTS, INC.
(Exact name of Registrant as specified in its charter)

| **Delaware** | **13–4148725** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**512 S. Magnum Street, Suite 408**
**Durham, NC 27701**
(Address of principal executive offices)

**(914) 630–7430**
(Registrant's telephone number, including area code)

Indicate by check whether the Registrant (1) has filed all reports to be filed by Section 13 or 15(d) of the Securities and Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days Yes [X] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S–T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [X] No [ ]

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, non–accelerated filer or a smaller reporting company. See definition of "large accelerated filer," "accelerated filer," "non–accelerated filer" and "smaller reporting company" in Rule 12b–2 of the Exchange Act:

| Large Accelerated Filer [ ] | Accelerated filer [ ] |
|---|---|
| Non–accelerated Filer [ ] (Do not check if smaller reporting company) | Smaller reporting company [X] |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b–2 of the Exchange Act). Yes [ ] No [X]

As of November 14, 2016, the registrant had outstanding 28,162,855 shares of Common stock, $0.001 par value.

**INDEX**

| | | Page |
|---|---|---:|
| PART I | **FINANCIAL INFORMATION (UNAUDITED)** | |
| Item 1. | Condensed consolidated balance sheets – September 30, 2016 and December 31, 2015 | 3 |
| | Condensed consolidated statements of operations and comprehensive loss – for the three months ended September 30, 2016 and 2015 | 4 |
| | Condensed consolidated statements of operations and comprehensive loss – for the nine months ended September 30, 2016 and 2015 | 5 |
| | Condensed consolidated statements of cash flows – for the nine months ended September 30, 2016 and 2015 | 6 |
| | Notes to unaudited condensed consolidated financial statements | 7 |
| Item 2. | Management's discussion and analysis of financial condition and results of operations | 16 |
| Item 3. | Quantitative and qualitative disclosure about market risk | 20 |
| Item 4. | Controls and procedures | 20 |
| | | |
| PART II | **OTHER INFORMATION** | |
| Item 1. | Legal proceedings | 21 |
| Item 1–A. | Risk factors | 21 |
| Item 2. | Unregistered sale of equity securities and use of proceeds | 21 |
| Item 3. | Defaults upon senior securities | 21 |
| Item 4. | Mine safety and disclosures | 21 |
| Item 5. | Other information | 21 |
| Item 6. | Exhibits | 21 |
| | Signatures | 22 |

## Note 10. Non–controlling interest

At September 30, 2016 the Company's non–controlling interest was as follows:

|  | MGT Gaming | M2P Americas | Total |
|---|---|---|---|
| At January 1, 2016 | $ 28 | $ (23) | $ 5 |
| Non–controlling share of net loss | (318) | (1) | (319) |
| **At September 30, 2016** | **$ (290)** | **$ (24)** | **$ (314)** |

## Note 11. Operating leases, commitments and security deposit

**Operating leases**

In August 2014, the Company entered into a lease modification agreement, extending its existing office lease in Harrison, NY for a period of one year. Total rent payments over the 12–month period were $73 and the lease expired on November 30, 2015. A refundable rental deposit of $39 was held in a restricted cash account as of December 31, 2015, which was released in January 2016.

On October 26, 2015, the Company entered into an Office License Agreement commencing December 1, 2015. The term expires on November 30, 2016 and carries a monthly fee of $4, with one month (January) rent free. The Company paid a refundable service retainer of $6 and a non–refundable set up fee of $1.

On August 9, 2016, the Company entered into a Sublease Agreement for an office lease in Durham, North Carolina. The lease commences thirty days after landlord consent (August 22, 2016) and expires on January 31, 2020. Monthly rent will be $6 for the first 12–month period, $7 for the second 12–month period, $7 for the third 12–month period and $7 per month for the remaining months until expiration of the lease. A security deposit of $13 was required upon execution of the sublease.

Total lease rental expense for the three months ended September 30, 2016 and 2015, was $32 and $27, respectively. Total lease rental expense for the nine months ended September 30, 2016 and 2015, was $53 and $69, respectively.

**Commitments**

On July 7, 2016, the Company entered into an employment agreement with Robert B. Ladd, to act as its President and Chief Operating Officer. The terms of his agreement were reviewed and approved by the Company's Nominations and Compensation Committee. Under the terms of the agreement, Mr. Ladd will, serve as President and Chief Operating Officer and for services rendered; Mr. Ladd shall receive a salary of $240 per year and is eligible for a cash and/or equity bonus as determined by the Nomination and Compensation Committee. Further, Mr. Ladd is entitled to receive up to 2,000,000 shares of the Company's common stock, 1/3 of which shall vest within 12 months from the execution of the agreement, another 1/3 within 18 months, and the remaining 1/3 within 24 months from the execution of the agreement. Lastly, the agreement also provides for certain rights granted to Mr. Ladd in the event of his death, permanent incapacity, voluntary termination or discharge for cause.

Contingent upon the closing conditions to the D-Vasive APA, the Company agreed to enter into an employment agreement with John McAfee pursuant to which Mr. McAfee will join the Company as Executive Chairman of the Board of Directors and Chief Executive Officer of the Company at the closing of the transaction contemplated in the D-Vasive APA. It is currently contemplated that Mr. McAfee will have a base annual salary of $1.00 per day; payable at such times as the Company customarily pays is other senior level employees. In addition, Mr. McAfee will be granted Executive options (the "Options") to purchase an aggregate of six million (6,000,000) shares of the Company's common stock (the "Option Shares"), which shall be exercisable for a period of five (5) years as follows:

- options to purchase 1,000,000 shares of the Company's Common Stock at a per–share price of the higher of $0.25 or the closing price of the Company's Common Stock as quoted on the OTC Pink as of the date of the full execution hereof;

- options to purchase 2,000,000 shares of the Company's Common Stock at a purchase price of $0.50 per share; and

- options to purchase 3,000,000 shares of the Company's Common Stock at a purchase price of $1.00 per share.

Mr. McAfee will also be eligible to earn a cash and/or equity bonus as the Compensation Committee may determine, from time to time, based on meeting performance objectives and bonus criteria to be mutually identified by Mr. McAfee and the Nomination and Compensation Committee. Such objectives and criteria may be based on a favorable sale or merger of the Company, in additional to operating metrics.

During the three months ended September 30, 2016, the Company purchased 200 bitcoin mining machines from Bitmain Technologies Limited for $311 and power supplies from Hash The Planet ("HTP") for $27. The Company also entered a 12-month agreement with HTP to host, power, connect, monitor and service the machines for $136. The hosting data center in located in Cashmere, WA. MGT launched its bitcoin mining operations and earned its first BTC on September 3, 2016.

**Legal**

On September 1, 2016, MGT Capital Investments, Inc. and John McAfee filed an action in the U.S. District Court, Southern District of New York, seeking a declaration that the use of or reference to the personal name of John McAfee and/or McAfee in its business, and specifically in the context of renaming MGT Capital Investments, Inc., of which McAfee is the Executive Chairman, to "John McAfee Global Technologies, Inc.," does not infringe upon Intel's trademark rights or breach any agreement between the parties. Intel has