# EXHIBIT G
# TO
# LAVERNE DECLARATION

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

WASHINGTON, D.C. 20549

## Form 10–K

**FOR ANNUAL AND TRANSITION REPORTS PURSUANT TO
SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

[X] ANNUAL REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended: December 31, 2016

OR

[ ] TRANSITION REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.

For the transition period from     to

## MGT CAPITAL INVESTMENTS, INC.

(Exact Name of Registrant as Specified in its Charter)

| Delaware | 0–26886 | 13–4148725 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**512 S. Magnum Street, Suite 408
Durham, NC 27701**

(Address of principal executive offices, including zip code)

**914–630–7430**

(Registrant's Telephone Number, Including Area Code)

Securities registered under section 12(b) of the Exchange Act: **Common stock, par value $0.001 per share**

Securities registered under section 12(g) of the Exchange Act: **Not applicable**

Indicate by check mark if the Registrant is a well–known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes [ ] No [X]

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes [ ] No [X]

Check whether the issuer: (1) filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the past 12 months (or for such shorter period that the registrant was required to file), and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S–T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10–K or any amendment to this Form 10–K. [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non–accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b–2 of the Exchange Act. (Check one):

| Large Accelerated Filer [ ] | Accelerated filer [X] |
|---|---|
| Non–accelerated Filer [ ] (Do not check if smaller reporting company) | Smaller reporting company [ ] |
| Emerging Growth Company [ ] | |

Indicate by check mark whether the Registrant is a shell Company (as defined in Rule 12b–2 of the Act). Yes [ ] No [X]

As of June 30, 2016, the last day of the registrant's most recently completed second fiscal quarter; the aggregate market value of the registrant's Common stock held by non–affiliates of the registrant was approximately $93,000,000

As of April 17, 2017, the registrant had outstanding 34,797,855 shares of Common stock, $0.001 par value. (the "Common stock")

|  |  | Page |
|---|---|---|
| | **PART I** | |
| Item 1 | Business | 3 |
| Item 1A | Risk Factors | 7 |
| Item 1B | Unresolved Staff Comments | 15 |
| Item 2 | Properties | 15 |
| Item 3 | Legal Proceedings | 15 |
| Item 4 | Mine Safety Disclosures | 15 |
| | **PART II** | |
| Item 5 | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 16 |
| Item 6 | Selected Financial Data | 16 |
| Item 7 | Management's Discussion and Analysis of Financial Condition and Results of Operations | 17 |
| Item 7A | Quantitative and Qualitative Disclosures About Market Risk | 25 |
| Item 8 | Financial Statements and Supplementary Data | 25 |
| Item 9 | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 25 |
| Item 9A | Controls and Procedures | 26 |
| Item 9B | Other Information | 28 |
| | **PART III** | |
| Item 10 | Directors, Executive Officers and Corporate Governance | 29 |
| Item 11 | Executive Compensation | 31 |
| Item 12 | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 33 |
| Item 13 | Certain Relationships and Related Transactions, and Director Independence | 34 |
| Item 14 | Principal Accountant Fees and Services | 35 |
| | **PART IV** | |
| Item 15 | Exhibits and Financial Statement Schedules | 36 |
| | SIGNATURES | 38 |

deferral of orders from customers in anticipation of new products or product enhancements announced by us or our competitors;

decisions by large scale potential customers such us corporations and organizations to purchase cybersecurity solutions from larger, more established security vendors or from their primary cybersecurity equipment vendors;

changes in our pricing policies or those of our competitors;

the cost and potential outcomes of future litigation;

general economic conditions, both domestic and in our foreign markets;

future accounting pronouncements or changes in our accounting policies or practices; and

the amount and timing of operating costs and capital expenditures related to the expansion of our business,

This variability and unpredictability could result in our failure to meet our operating plan or the expectations of investors or analysts for any period. If we fail to meet such expectations for these or other reasons, the market price of our common stock could fall.

*Other Risks*

***As we grow our business, including through contemplated acquisitions, we expect to experience significant strains on our management and operations.***

We currently employ or have consulting arrangements with 8 personnel and occupy approximately 3,000 square feet of office space in Harrison, New York and Durham, North Carolina. Our plan is to grow substantially in the future, both through the development of our existing product offering and through acquisitions. To manage our growth successfully, we must continue to improve and expand our systems and infrastructure in a timely and efficient manner. We intend to make continuing investments in our infrastructure to support the growth of our business. We cannot assure you that we will have the financial resources to do so, or that our controls, accounting and information systems, procedures and resources will be adequate to support a changing and growing company. If we cannot effectively meet the challenges of our growth, we will not be able to meet our business objectives and may have difficulty achieving profitability.

***The Company is invested in bitcoin mining, but we cannot assure you that this aspect of our business will continue to be profitable or that we will determine to continue to maintain and invest in this business.***

The Company currently has a 5.0 PH/s fully owned bitcoin facility which is hosted in Cashmere, Washington. The facility currently operates at a rate that is expected to generate approximately $100,000 of EBITDA each month, and the Company is in the process of doubling capacity with the recent purchase of more machines. Further plans to substantially increase operations in 2017 are contemplated.

Bitcoin mining by its nature over time requires increasing processing power, which in turn requires continuing investment in computer hardware and increasing power demands. We cannot assure you that the Company's bitcoin mining operations will remain profitable or say whether the Company will determine to continue to invest in these operations.

**Market And Investment Risks**

*General Investment Risk*

***You could lose all of your investment.***

An investment in our securities is speculative and involves a high degree of risk. Potential investors should be aware that the value of an investment in the Company may go down as well as up. In addition, there can be no certainty that the market value of an investment in the Company will fully reflect its underlying value. Accordingly, there is no guarantee that shares of our common stock will appreciate in value or that the price at which stockholders have purchased their shares will be able to be maintained. You could also lose your entire investment.

*Risks Associated with Our Stock Price*

***The Company's common stock has recently been delisted from the NYSE MKT.***

The Company was previously listed on the NYSE MKT. On October 19, 2016, the Company received notice from the New York Stock Exchange stating that the staff of NYSE Regulation has determined to commence proceedings to delist the Company's common stock and that the trading of the Company's stock on the NYSE MKT was suspended. While the Company disputes the determination of the NYSE staff, the Company did not appeal the decision of NYSE Regulation. The Company's stock currently trades on the OTC Pink tier of OTC Markets LLC under the symbol "MGTI."

The delisting of the Company's common stock from the NYSE MKT has had and may continue to have an adverse effect on the market price of our common stock.