# EXHIBIT H
# TO
# LAVERNE DECLARATION

Securities and Exchange Commission
Division of Enforcement



Enforcement Manual

Office of Chief Counsel

*October 28, 2016*

# Table of Contents

1. Introduction ................................................................................................................................1
1.1 Purpose and Scope ......................................................................................................................1
1.2 Origin ..........................................................................................................................................1
1.3 Public Disclosure ........................................................................................................................1
1.4 Fundamental Considerations.......................................................................................................1
1.4.1 Mission Statement.......................................................................................................................1
1.4.2 Updating Internal Systems ..........................................................................................................2
1.4.3 Consultation ................................................................................................................................2
1.4.4 Ethics...........................................................................................................................................2
2. A Guide to Matters Under Inquiry ("MUIs") and the Stages of Investigations ..............4
2.1 General Policies and Procedures.................................................................................................4
2.1.1 Ranking Investigations and Allocating Resources .....................................................................4
2.1.2 Quarterly Reviews of Investigations and Status Updates ..........................................................6
2.2 Tips, Complaints, and Referrals..................................................................................................7
2.2.1 Complaints and Tips from the Public .........................................................................................7
2.2.1.1 Processing Tips and Complaints from the Public .......................................................................7
2.2.1.2 Whistleblower Award Program ..................................................................................................9
2.2.2 Other Referrals............................................................................................................................9
2.2.2.1 Referrals Involving Bank Secrecy Act Material.........................................................................9
2.2.2.2 Referrals from the Public Company Accounting Oversight Board ..........................................10
2.2.2.3 Referrals from State Securities Regulators ..............................................................................10
2.2.2.4 Referrals from Congress ...........................................................................................................11
2.2.2.5 Referrals from Self-Regulatory Organizations .........................................................................12
2.3 Matters Under Inquiry and Investigations ................................................................................12
2.3.1 Opening a MUI .........................................................................................................................12
2.3.2 Opening an Investigation and Converting or Closing a MUI...................................................15
2.3.3 Formal Orders of Investigation.................................................................................................17
2.3.4 Formal Order Process ...............................................................................................................17
2.3.4.1 Supplementing a Formal Order.................................................................................................18
2.3.4.2 Requests for a Copy of the Formal Order.................................................................................18
2.4 The Wells Process.....................................................................................................................19
2.5 Enforcement Recommendations ...............................................................................................23
2.5.1 The Action Memo Process........................................................................................................23
2.5.2 Commission Authorization .......................................................................................................23
2.5.2.1 Closed Meetings........................................................................................................................23
2.5.2.2 Seriatim Consideration..............................................................................................................24
2.5.2.3 Duty Officer Consideration.......................................................................................................24
2.5.3 Delegations of Commission Authority .....................................................................................24
2.6 Closing an Investigation ...........................................................................................................26
2.6.1 Policies and Procedures ............................................................................................................26
2.6.2 Termination Notices..................................................................................................................27
3. A Guide to Investigative Practices....................................................................................28
3.1 Special Considerations..............................................................................................................28

| | | |
|---|---|---|
| 3.1.1 | External Communications Between Senior Enforcement Officials and Persons Outside the SEC Who Are Involved in Investigations | 28 |
| 3.1.2 | Statutes of Limitations and Tolling Agreements | 31 |
| 3.1.3 | Investigations During Ongoing SEC Litigation | 32 |
| 3.1.4 | Parallel Investigations and the State Actor Doctrine | 33 |
| 3.2 | Documents and Other Materials | 34 |
| 3.2.1 | Privileges and Privacy Acts | 34 |
| 3.2.2 | Bluesheets | 35 |
| 3.2.3 | Voluntary Document Requests | 36 |
| 3.2.3.1 | Forms 1661 and 1662 | 36 |
| 3.2.3.2 | White Papers and Other Materials (excluding Wells Submissions) | 37 |
| 3.2.5 | Document Requests to the News Media | 39 |
| 3.2.6 | Subpoenas for Documents | 41 |
| 3.2.6.1 | Service of Subpoenas | 42 |
| 3.2.7 | Form of Production | 43 |
| 3.2.7.1 | Accepting Production of Copies | 45 |
| 3.2.7.2 | Bates Stamping | 46 |
| 3.2.7.3 | Format for Electronic Production of Documents to the SEC | 47 |
| 3.2.7.4 | Privilege Logs | 49 |
| 3.2.7.5 | Business Record Certifications | 50 |
| 3.2.7.6. | Confirming Completeness of Production | 50 |
| 3.2.8 | Forthwith Subpoenas in Investigations | 50 |
| 3.2.9 | Maintaining Investigative Files | 51 |
| 3.2.9.1 | Document Control | 53 |
| 3.2.9.2 | Document Imaging in Investigations | 54 |
| 3.2.9.3 | Electronic Files | 55 |
| 3.2.9.4 | Complying with Federal Rule of Civil Procedure 26(a) Requirements and Preserving Evidence in Anticipation of Litigation | 57 |
| 3.2.9.5 | Iron Mountain | 58 |
| 3.2.9.6 | Preserving Internet Evidence | 58 |
| 3.2.9.7 | Preserving Physical Evidence | 58 |
| 3.2.9.8 | Preserving Audio Recordings | 59 |
| 3.2.9.9 | Preserving Electronic Media | 60 |
| 3.3 | Witness Interviews and Testimony | 60 |
| 3.3.1 | Privileges and Privacy Acts | 60 |
| 3.3.2 | No Targets of Investigations | 61 |
| 3.3.3 | Voluntary Telephone Interviews | 61 |
| 3.3.3.1 | Privacy Act Warnings and Forms 1661 and 1662 | 61 |
| 3.3.3.2 | Documenting the Interview | 62 |
| 3.3.4 | Voluntary On-the-Record Testimony | 62 |
| 3.3.5 | Testimony Under Subpoena | 63 |
| 3.3.5.1 | Authority | 63 |
| 3.3.5.2. | Using a Background Questionnaire | 63 |
| 3.3.5.3 | Witness Right to Counsel | 64 |
| 3.3.5.4 | Going off the Record | 65 |
| 3.3.5.5 | Transcript Availability | 65 |

| | | |
|---|---|---|
| 3.3.6 | Special Cases | 66 |
| 3.3.6.1 | Contacting Employees of Issuers and Other Entities | 66 |
| 3.3.6.2 | Contacting Witnesses Residing Overseas | 67 |
| 3.3.7 | Proffers and Proffer Agreements | 68 |
| 4. | Privileges and Protections | 69 |
| 4.1 | Assertion of Privileges | 69 |
| 4.1.1 | Attorney-Client Privilege | 69 |
| 4.1.1.1 | Multiple Representations | 72 |
| 4.1.2 | Attorney Work Product Doctrine | 72 |
| 4.1.3 | The Fifth Amendment Privilege Against Self-Incrimination | 73 |
| 4.2 | Inadvertent Production of Privileged or Non-Responsive Documents | 74 |
| 4.2.1 | Purposeful Production Without Privilege Review | 75 |
| 4.3 | Waiver of Privilege | 76 |
| 4.3.1 | Confidentiality Agreements | 78 |
| 4.4 | Compliance with the Privacy Act of 1974 | 79 |
| 4.5 | Compliance with the Right to Financial Privacy Act of 1978 | 79 |
| 4.6 | Compliance with the Electronic Communications Privacy Act of 1986 | 80 |
| 4.7 | Handling Bank Secrecy Act Material | 81 |
| 5. | Working with Other Agencies and Organizations | 82 |
| 5.1 | Disclosure of Information and Access Requests | 82 |
| 5.2 | Cooperation with Criminal Authorities | 84 |
| 5.2.1 | Parallel Investigations | 84 |
| 5.2.2 | Grand Jury Matters | 86 |
| 5.3 | Cooperation with the Food and Drug Administration | 86 |
| 5.4 | Cooperation with the Public Company Accounting Oversight Board | 88 |
| 5.5 | Coordination and Consultation with Banking Agencies | 89 |
| 5.6 | Informal Referrals from Enforcement | 89 |
| 5.6.1 | Informal Referrals to Criminal Authorities | 91 |
| 5.6.2 | Informal Referrals to Self-Regulatory Organizations | 92 |
| 5.6.3 | Informal Referrals to the Public Company Accounting Oversight Board | 93 |
| 5.6.4 | Informal Referrals to State Agencies | 94 |
| 6. | Cooperation | 95 |
| 6.1 | Analytical Frameworks | 95 |
| 6.1.1 | Framework for Evaluating Cooperation by Individuals | 95 |
| 6.1.2 | Framework for Evaluating Cooperation by Companies | 98 |
| 6.2 | Cooperation Tools | 99 |
| 6.2.1 | Cooperation Agreements | 99 |
| 6.2.2 | Deferred Prosecution Agreements | 101 |
| 6.2.3 | Non-Prosecution Agreements | 103 |
| 6.2.4 | Immunity Requests | 104 |
| 6.2.5 | Oral Assurances | 106 |
| 6.2.6 | Termination Notices | 106 |
| 6.2.7 | Settlement Recommendations | 107 |
| 6.3 | Publicizing the Benefits of Cooperation | 107 |

Communications Privacy Act of 1986, among other requirements. These statutes are discussed in [Section 4](#) of the Manual.

### 3.3.2 No Targets of Investigations

Unlike the grand jury process in which targets of an investigation are often identified, the SEC investigative process does not have targets. Thus, the SEC is not required to provide any type of target notification when it issues subpoenas to third parties or witnesses for testimony or documents in its nonpublic investigations of possible violations of the federal securities laws. The Supreme Court, in *SEC v. O'Brien*, 467 U.S. 735, 750 (1984), noted that "the imposition of a notice requirement on the SEC would substantially increase the ability of persons who have something to hide to impede legitimate investigations by the Commission." Citing the SEC's broad investigatory responsibility under the federal securities laws, the Court found no statutory, due process, or other standard regarding judicial enforcement of such subpoenas to support the proposition that notice is required.

Although some parties involved in investigations eventually may be named as defendants or respondents in subsequent litigation, the SEC does not have targets of its inquiries or investigations.

### 3.3.3 Voluntary Telephone Interviews

#### 3.3.3.1 Privacy Act Warnings and Forms 1661 and 1662

Basics:

- The Privacy Act, 5 U.S.C. § 552a, requires, among other things, certain disclosures to individuals from whom the SEC's staff solicits information.

- When the staff contacts a person to request a voluntary telephone interview, before asking any substantive questions, the staff should provide an oral summary of at least the required Privacy Act information described below.

- The Privacy Act requires that the staff provide the following information:

    o That the principal purpose in requesting information from the witness is to determine whether there have been violations of the statutes and rules that the SEC enforces.

    o That the information provided by members of the public is routinely used by the SEC and other authorities, to conduct investigative, enforcement, licensing, and disciplinary proceedings, and to fulfill other statutory responsibilities.

    o That the federal securities laws authorize the SEC to conduct investigations and to request information from the witness, but that the witness is not required to respond.

    o That there are no direct sanctions and no direct effects upon the witness for refusing to provide information to the staff.