IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NUMBER 1:17-CV-00184-CCE-LPA

|  |  |
|---|---|
| **BARRY HONIG**, an individual, | |
| *Plaintiff*, | |
| v. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| **ROBERT LADD**, an individual; **MGT CAPITAL INVESTMENTS, INC.**, a Delaware corporation; **TERI BUHL**, an individual; and **DOES 1-20**, | |
| *Defendants*. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, Defendant MGT Capital Investments, Inc. by undersigned counsel, hereby certifies that MGT Capital Investments, Inc. is a publicly traded corporation. There is no parent corporation. No other publicly held corporation holds 10% or more of MGT Capital Investments, Inc.

This 5th day of June, 2017.

| | |
|---|---|
| /s/ Jonathan C. Krisko | /s/ John P. Coffey |
| Jonathan C. Krisko | John P. Coffey* |
| N.C. State Bar No. 28625 | |
| | |
| /s/ Erik R. Zimmerman | /s/ Darren A. LaVerne |
| Erik R. Zimmerman | Darren A. LaVerne* |
| N.C. State Bar No. 50427 | |
| | |
| ROBINSON, BRADSHAW & HINSON, P.A. | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| 1450 Raleigh Road, Suite 100 | 1177 Avenue of the Americas |
| Chapel Hill, NC 27517 | New York, NY 10036 |
| Telephone: (919) 328-8800 | Telephone: (212) 715-9100 |
| Facsimile: (919) 328-8790 | Facsimile: (212) 715-8000 |
| jkrisko@robinsonbradshaw.com | scoffey@kramerlevin.com |
| ezimmerman@robinsonbradshaw.com | dlaverne@kramerlevin.com |
| | * LR 83.1(d) Special Appearance |

*Attorneys for Defendants Robert Ladd & MGT Capital Investments, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David E. Fox
N.C. State Bar No. 10332
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700.
Charlotte, NC 28202-4003
(919) 286-8069
davidfox@mvalaw.com

Charles J. Harder
Ryan J. Stonerock
HARDER, MIRELL & ABRAMS LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212
charder@hmafirm.com
rstonerock@hmafirm.com

*Attorneys for Plaintiff Barry Honig*

I hereby certify that on this day, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) I sent by electronic means the foregoing document to the following.

Michael Tremonte
SHER TREMONTE
90 Broad Street, 23rd Floor
New York, NY 10004
mtremonte@shertremonte.com

*Attorney for Defendant Teri Buhl*

This 5th day of June, 2017.

                    /s/ Darren A. LaVerne
                    Darren A. LaVerne*


                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                    1177 Avenue of the Americas
                    New York, NY 10036
                    Telephone: (212) 715-9100
                    Facsimile: (212) 715-8000
                    dlaverne@kramerlevin.com
                    * LR 83.1(d) Special Appearance