IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:17-CV-184 (CCE) (LPA)

| | |
|---|---|
| BARRY HONIG, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT LADD, and individual; MGT CAPITAL INVESTMENTS, INC., a Delaware corporation; TERI BUHL, an individual; and DOES 1-20, <br><br> Defendants. | **NOTICE OF APPEARANCE** |

The undersigned, Kimberly M. Marston, an attorney admitted to practice in this Court, hereby gives notice of appearance as counsel of behalf of Defendant Teri Buhl.[1]

Dated: June 14, 2017

/s/ Kimberly M. Marston
Kimberly M. Marston
N.C. Bar No. 46231
BROOKS, PIERCE, MCLENDON,
 HUMPHREY & LEONARD, L.L.P.
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401
Telephone: 336-373-8850
Facsimile: 336-378-1001
Email: kmarston@brookspierce.com
*Attorney for Defendant Teri Buhl*

---

[1] Counsel makes this limited appearance only to record its representation and does not hereby waive, but to the contrary, expressly reserves, all defenses on behalf of Defendant Teri Buhl, including defenses based on lack of personal jurisdiction.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following:

| | |
|---|---|
| David E. Fox<br>Moore & Van Allen<br>P.O. Box 13706<br>Research Triangle Park, NC 27709<br>foxd@mvalaw.com | Charles J. Harder<br>Ryan J. Stonerock<br>Harder Mirell & Abrams LLP<br>132 S Rodeo Drive, Fourth Floor<br>Beverly Hills, CA 90212<br>charder@hmafirm.com<br>rstonerock@hmafirm.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| Darren Laverne<br>Jeffrey W. Davis<br>John P. Coffey<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>dlaverne@kramerlevin.com<br>jdavis@kramerlevin.com<br>scoffey@kramerlevin.com | Erik R. Zimmerman<br>Robinson, Bradshaw & Hinson, P.A.<br>1450 Raleigh Road, Ste. 100<br>Chapel Hill, NC 27517<br>ezimmerman@robinsonbradshw.com<br><br>Jonathan Christopher Krisko<br>Robinson, Bradhaw & Hinson, P.A.<br>101 N. Tryon St., Ste. 1900<br>Charlotte, NC 28246<br>jkrisko@rbh.com |

*Attorneys for Defendants MGT Capital Investments, Inc. and Robert Ladd*

                                           /s/ Kimberly M. Marston<br>
                                           Kimberly M. Marston