# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:17-CV-184 (CCE) (LPA)

| | |
|---|---|
| BARRY HONIG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LADD, and individual; MGT CAPITAL INVESTMENTS, INC., a Delaware corporation; TERI BUHL, an individual; and DOES 1-20,<br><br>Defendants. | **NOTICE OF SPECIAL APPEARANCE OF MICHAEL TREMONTE** |

Pursuant to Local Rule 83.1(d), Michael Tremonte of the law firm Sher Tremonte LLP hereby enters an appearance of behalf of Defendant Teri Buhl.[1] In support of this Notice, the undersigned states the following:

1. Mr. Tremonte is a member in good standing of the New York State Bar.

2. Mr. Tremonte has associated with Eric M. David and Kimberly Marston of the law firm Brooks, Pierce, McLendon, Humphrey & Leonard, LLP, who are members of the North Carolina State Bar and admitted to practice before this Court. Mr. David and Ms. Marston are also entering their appearance as counsel for Defendant Teri Buhl in this action and agree to abide by LR 83.1(d)(2).

---

[1] Counsel makes this limited appearance only to record its representation and does not hereby waive, but to the contrary, expressly reserves, all defenses on behalf of Defendant Teri Buhl, including defenses based on lack of personal jurisdiction.

1

3. The appearing attorney has read the Local Rules of this Court and agrees to comply with the provisions of LR 83.1(d) in all respects.

Dated: June 14, 2017

By: /s/ Michael Tremonte
    Michael Tremonte
    New York State Bar No. 2929164
    *Attorney for Defendant Teri Buhl*
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
Facsimile: 212.202.4156
Email: mtremonte@shertremonte.com


By: /s/ Eric M. David
    Eric M. David
    N.C. Bar No. 38118
    *Attorney for Defendant Teri Buhl*
BROOKS, PIERCE, MCLENDON, HUMPHREY& LEONARD, LLP
1700 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
Tel: 919.573.6203
Facsimile: 336.232.9103
Email: edavid@brookspierce.com

Kimberly M. Marston
N.C. Bar No. 46231
*Attorney for Defendant Teri Buhl*
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401
Tele: 336.373.8850
Facsimile: 336.378.1001
Email: kmarston@brookspierce.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following:

David E. Fox
Moore & Van Allen
P.O. Box 13706
Research Triangle Park, NC 27709
foxd@mvalaw.com

Charles J. Harder
Ryan J. Stonerock
Harder Mirell & Abrams LLP
132 S Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212
charder@hmafirm.com
rstonerock@hmafirm.com

*Attorneys for Plaintiff*

Darren Laverne
Jeffrey W. Davis
John P. Coffey
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
dlaverne@kramerlevin.com
jdavis@kramerlevin.com
scoffey@kramerlevin.com

Erik R. Zimmerman
Robinson, Bradshaw & Hinson, P.A.
1450 Raleigh Road, Ste. 100
Chapel Hill, NC 27517
ezimmerman@robinsonbradshw.com

Jonathan Christopher Krisko
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, NC 28246
jkrisko@rbh.com

*Attorneys for Defendants MGT Capital Investments, Inc. and Robert Ladd*

                                              /s/ Michael Tremonte
                                              Michael Tremonte