# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:17-CV-184 (CCE) (LPA)

| | |
|---|---|
| BARRY HONIG, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT LADD, an individual; MGT CAPITAL INVESTMENTS, INC., a Delaware corporation; TERI BUHL, an individual; and DOES 1-20,<br><br>    Defendants. | **MOTION OF DEFENDANT TERI BUHL TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2), 12(b)(3) AND 12(b)(6)** |

Defendant Teri Buhl move to dismiss Plaintiff Barry Honig's Complaint (Docket Entry 1) with prejudice under Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 12(b)(6) because this Court lacks personal jurisdiction over Defendant Teri Buhl, Plaintiff filed this case in an improper venue, and the Complaint fails to state a claim upon which relief can be granted. The accompanying brief, as well as the Declarations of Teri Buhl and Erica A. Wolff, Esq., provide additional support for this motion.

**WHEREFORE**, Defendant Teri Buhl requests that the Court enter an Order as follows:

(1) Dismissing Plaintiff's Complaint with prejudice;

(2) Awarding attorneys' fees under, among other things, N.C. Gen. Stat. § 75-16.1(2); and

(3) Awarding Defendant Teri Buhl such other and further relief as may be just and proper.

Respectfully submitted this 5th day of July, 2017.

| | |
|---|---|
| BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP | SHER TREMONTE LLP |
| By: /s/ Eric M. David<br>Eric M. David<br>N.C. Bar No. 38118<br>Email: edavid@brookspierce.com<br>1700 Wells Fargo Capitol Center<br>150 Fayetteville Street<br>Raleigh, NC 27601<br>Tel: 919.573.6203<br>Facsimile: 336.232.9103 | By: /s/ Michael Tremonte<br>Michael Tremonte<br>Michael Tremonte*<br>New York State Bar No. 2929164<br>Email: mtremonte@shertremonte.com<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Tel: 212.202.2600<br>Facsimile: 212.202.4156 |
| Kimberly M. Marston<br>N.C. Bar No. 46231<br>Email: kmarston@brookspierce.com<br>2000 Renaissance Plaza<br>230 North Elm Street<br>Greensboro, NC 27401<br>Tel: 336.373.8850<br>Facsimile: 336.378.1001 | By: /s/ Erica A. Wolff<br>Erica A. Wolff<br>Erica A. Wolff*<br>New York State Bar No. 4846424<br>Email: ewolff@shertremonte.com<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Tel: 212.202.2600<br>Facsimile: 212.202.4156<br><br>*LR 83.1 (d) Special Appearance |

*Attorneys for Defendant Teri Buhl*

# CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following:

| | |
|---|---|
| David E. Fox<br>Moore & Van Allen<br>P.O. Box 13706<br>Research Triangle Park, NC 27709<br>foxd@mvalaw.com | Charles J. Harder<br>Ryan J. Stonerock<br>Harder Mirell & Abrams LLP<br>132 S Rodeo Drive, Fourth Floor<br>Beverly Hills, CA 90212<br>charder@hmafirm.com<br>rstonerock@hmafirm.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| Darren Laverne<br>Jeffrey W. Davis<br>John P. Coffey<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>dlaverne@kramerlevin.com<br>jdavis@kramerlevin.com<br>scoffey@kramerlevin.com | Erik R. Zimmerman<br>Robinson, Bradshaw & Hinson, P.A.<br>1450 Raleigh Road, Ste. 100<br>Chapel Hill, NC 27517<br>ezimmerman@robinsonbradshw.com<br><br>Jonathan Christopher Krisko<br>Robinson, Bradshaw & Hinson, P.A.<br>101 N. Tryon St., Ste. 1900<br>Charlotte, NC 28246<br>jkrisko@rbh.com |

*Attorneys for Defendants MGT Capital Investments, Inc. and Robert Ladd*

This the 5th day of July, 2017.

                                              /s/ Erica A. Wolff
                                              Erica A. Wolff
                                              Sher Tremonte LLP
                                              90 Broad Street, 23rd Floor
                                              New York, New York 10004
                                              Phone: (212) 202-2600
                                              Email: ewolff@shertremonte.com