IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:17-CV-184 (CCE) (LPA)

| | |
|---|---|
| BARRY HONIG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LADD, an individual; MGT CAPITAL INVESTMENTS, INC., a Delaware corporation; TERI BUHL, an individual; and DOES 1-20,<br><br>Defendants. | **DECLARATION OF ERICA A. WOLFF, ESQ.** |

ERICA A. WOLFF, ESQ., hereby declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, as follows:

1. I am an associate at the law firm of Sher Tremonte LLP, counsel for defendant Teri Buhl ("Ms. Buhl") in the above-captioned matter.

2. I make this declaration to provide the Court with documents pertinent to Ms. Buhl's Motion to Dismiss the Complaint.

3. To the best of my knowledge, information, and belief, the exhibits to this Declaration are true and correct copies of the following documents:

4. Attached as Exhibit 1 is a copy of the Amended Complaint in *ATG Capital LLC, et al. v. MGT Capital Investments, Inc., et al.*, Case 1:17-cv-2440-AJN (S.D.N.Y.), filed on June 26, 2017 (ECF No. 54).

5. Attached as Exhibit 2 is a copy of the Plea Agreement of Joe Noel in *U.S. v. Noel*, Case 3:14-CR-00264 (N.D. Cal.) dated June 23, 2014 (ECF 11, Attachment C) which was included in a hyperlink in the articles attached to the Complaint as Exhibits C and D.

Dated:      New York, New York
            July 5, 2017

By: /s/ Erica A. Wolff
Erica A. Wolff*

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
ewolff@shertremonte.com
*LR 83.1(d) Special Appearance

# CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following:

| | |
|---|---|
| David E. Fox<br>Moore & Van Allen<br>P.O. Box 13706<br>Research Triangle Park, NC 27709<br>foxd@mvalaw.com | Charles J. Harder<br>Ryan J. Stonerock<br>Harder Mirell & Abrams LLP<br>132 S Rodeo Drive, Fourth Floor<br>Beverly Hills, CA 90212<br>charder@hmafirm.com<br>rstonerock@hmafirm.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| Darren Laverne<br>Jeffrey W. Davis<br>John P. Coffey<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>dlaverne@kramerlevin.com<br>jdavis@kramerlevin.com<br>scoffey@kramerlevin.com | Erik R. Zimmerman<br>Robinson, Bradshaw & Hinson, P.A.<br>1450 Raleigh Road, Ste. 100<br>Chapel Hill, NC 27517<br>ezimmerman@robinsonbradshw.com<br><br>Jonathan Christopher Krisko<br>Robinson, Bradshaw & Hinson, P.A.<br>101 N. Tryon St., Ste. 1900<br>Charlotte, NC 28246<br>jkrisko@rbh.com |

*Attorneys for Defendants MGT Capital Investments, Inc. and Robert Ladd*

This the 5th day of July, 2017.

                                          /s/ Erica A. Wolff
                                          Erica A. Wolff
                                          Sher Tremonte LLP
                                          90 Broad Street, 23rd Floor
                                          New York, New York 10004
                                          Phone: (212) 202-2600
                                          Email: ewolff@shertremonte.com

3

Case 1:17-cv-00184-CCE-LPA   Document 30   Filed 07/05/17   Page 3 of 3