IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:17-cv-00184-CCE-LPA

| | |
|---|---|
| BARRY HONIG, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **DECLARATION OF** |
| ROBERT LADD, an individual; MGT ) | **RYAN J. STONEROCK, ESQ.** |
| CAPITAL INVESTMENTS, INC., ) | |
| a Delaware corporation; TERI BUHL, ) | |
| an individual; and DOES 1-20, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

RYAN J. STONEROCK, ESQ., hereby declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, as follows:

1. I am a partner at the law firm of Harder Mirell & Abrams LLP, counsel for plaintiff Barry Honig in the above-captioned matter.

2. I submit this Declaration to provide the Court with documents pertinent to Mr. Honig's opposition to the Motion to Dismiss of defendants Robert Ladd and MGT Capital Investments, Inc. ("MGT Capital").

3. To the best of my knowledge, information, and belief, the exhibits to this Declaration are true and correct copies of the following documents:

    a. Attached hereto as **Exhibit A** is a copy of the "Team MGT" webpage for MGT Capital's website, as it appeared on July 25, 2016. This copy was obtained from the web archive maintained by the "Internet Archive: Wayback

{00082305;1}

Machine" at the following URL address:

https://web.archive.org/web/20160725175834/http://www.mgtci.com:80/ team-mgt.

  b.  Attached hereto as **Exhibit B** is a redacted copy of the "Credit Header" page for defendant Robert B. Ladd from Westlaw public records, which I obtained on July 11, 2017.

Dated: Beverly Hills, California
   July 17, 2017

By: /s/ Ryan J. Stonerock
Ryan J. Stonerock*

**HARDER MIRELL & ABRAMS LLP**
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Tel: (424) 203-1600
Fax: (424) 203-1601
rstonerock@hmafirm.com
* LR 83.1(d) Special Appearance

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **DECLARATION OF RYAN J. STONEROCK, ESQ.** was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

>Jonathan C. Krisko
>Erik R. Zimmerman
>Robinson, Bradshaw & Hinson P.A.
>101 N. Tryon Street, Suite 1900
>Charlotte, NC 28246
>*jkrisko@robinsonbradshaw.com*
>*ezimmerman@robinsonbradshaw.com*
>
>Darren Laverne
>Jeffrey W. Davis
>John P. Coffey
>Kramer, Levin, Naftalis & Frankel LLP
>1177 Avenue of the Americas
>New York, NY 10036
>*dlaverne@kramerlevin.com*
>*jdavis@kramerlevin.com*
>*scoffey@kramerlevin.com*
>
>*Attorneys for Defendants, Robert Ladd
>and MGT Capital Investments, Inc.*
>
>
>Kimberly M. Marston
>Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
>2000 Renaissance Plaza
>230 North Elm Street
>Greensboro, NC 27401
>*kmarston@brookspierce.com*
>
>Eric M. David
>Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
>1700 Wells Fargo Capitol Center
>150 Fayetteville Street
>Raleigh, NC 27601
>*edavid@brookspierce.com*

{00082305;1}                         3

Case 1:17-cv-00184-CCE-LPA   Document 32   Filed 07/17/17   Page 3 of 4

Michael Tremonte
Erica A. Wolff
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
*mtremonte@shertremonte.com*
*ewolff@shertremonte.com*

*Attorneys for Defendant, Teri Buhl*

This 17th day of July, 2017.

/s/ David E. Fox
David E. Fox