# EXHIBIT A



# ROBERT LADD

### CEO



Mr. Ladd joined the Company in December 2010 as a Director. He was appointed Interim President and CEO in February 2011, appointed President and CEO in January 2012 and appointed Interim Treasurer and Interim Chief Financial Officer in December 2015. Mr. Ladd is the Managing Member of Laddcap Value Advisors, LLC, which serves as the investment manager for various private partnerships, including Laddcap Value Partners LP. Prior to forming his investment partnership in 2003,

Mr. Ladd was a Managing Director at Neuberger Berman, a large international money management firm catering to individuals and institutions. From 1992 through November 2002, Mr. Ladd was a portfolio manager for various high net worth clients

INTERNET ARCHIVE
WayBackMachine
10 captures
25 Jul 2016 - 17 May 2017
http://www.mgtci.com:80/team-mgt    Go
JUN **JUL** SEP
◄ **25** ►
2015 **2016** 2017
About this capture

Laddcap Value Partners LP. Prior to forming his investment partnership in 2003, Mr. Ladd was a Managing Director at Neuberger Berman, a large international money management firm catering to individuals and institutions. From 1992 through November 2002, Mr. Ladd was a portfolio manager for various high net worth clients of Neuberger Berman. Prior to this experience, Mr. Ladd was a securities analyst at Neuberger from 1988 through 1992. Mr. Ladd is a former Director of InFocus Systems, Inc. (Nasdaq – INFS, 2007 to 2009), and served on the board of Delcath Systems, Inc. (Nasdaq – DCTH, 2006-2012). Mr. Ladd has earned his designation as a Chartered Financial Analyst (1986).

Mr. Ladd currently lives in Chapel Hill, North Carolina.



# LARA CORRENTE

### VICE PRESIDENT

Ms. Lara S. Corrente is Vice President and General Counsel for MGT Capital Investments, Inc. Ms. Corrente was appointed an Executive Vice President of the corporation in December 2015 and has been an officer of MGT since joining the team in December 2011. Corrente oversees legal affairs of the corporation, including intellectual property and SEC compliance. She also manages governance and compliance for the Board of Directors and is responsible for human resources.

Prior to joining MGT, Ms. Corrente was the Director of Regulatory Affairs at Delcath, Inc. Ms. Corrente earned her juris doctorate from Roger Williams University School of Law and a Bachelor of Arts degree from the University of Connecticut.

She currently lives in White Plains, N.Y. and works out of corporate offices in Harrison, N.Y.

# EIJAH ANDERSON



### CHIEF TECHNOLOGY OFFICER

Mr. Eric J. Anderson "Eijah" is the Chief Technology Officer of MGT Capital Investments, Inc. Mr. Anderson is the founder of Demonsaw, a secure and anonymous file sharing platform. Prior to joining MGT, Mr. Anderson was a Senior Programmer at Rockstar Games where he led development of Grand Theft Auto III and V and Max Payne 3. Mr. Anderson has a proven track record across gaming, the hacker community, and cyber security with 15 years of experience.

INTERNET ARCHIVE WaybackMachine
10 captures
25 Jul 2016 - 17 May 2017
http://www.mgtci.com:80/team-mgt  Go
JUN **JUL** SEP
◀ **25** ▶
2015 **2016** 2017
About this capture




anonymous file sharing platform. Prior to joining MGT, Mr. Anderson was a Senior Programmer at Rockstar Games where he led development of Grand Theft Auto III and V and Max Payne 3. Mr. Anderson has a proven track record across gaming, the hacker community, and cyber security with 15 years of experience.

Additionally, Mr. Anderson spent time at Activision/Blizzard on several Guitar Heroes including Monsters of Rock. He also led an the first in-house cyber security team at American Express. Mr. Anderson has a Master's Degree in Computer Science and has keynoted at multiple events, including Hack Miami and Def Con.



# TIFFANY MADISON

### DIRECTOR OF CORPORATE COMMUNICATIONS

Tiffany Madison joined the MGT Capital Investments, Inc. team as the Director of Corporate Communications in June 2016. Since 2015, Ms. Madison was the CEO and Partner of d10e, an international conference focused on decentralization in financial and disruptive technology, the sharing economy, and the future of work.

Prior to joining MGT, she was the campaign manager for John McAfee's presidential bid. From 2014 to 2015, Ms. Madison also served as senior business development consultant at Liberty.me, a social network and content platform, and Chief Operations Officer of Ryan's Project, a 501(c)(3) for wounded veterans from 2011 to 2014.

As a consultant with 10 years of experience, Ms. Madison has guided dozens of startups, non-profits, and small businesses on marketing, public relations, growth strategies, and communications operations. A former journalist, between 2011 and 2015, she contributed to several notable outlets concerning privacy and security, including for the Washington Times and Policy Mic.

Ms. Madison is a Dallas, Texas native that lives in Nashville, Tennessee.

# GRACE LIVINGSTON 

### DIRECTOR OF INVESTOR RELATIONS

Mrs. Grace Livingston graduated from the University of Alabama with a degree in Psychology and Philosophy. Mrs. Livingston began her investment/banking career as a Private Banking Advisor Associate for Morgan Stanley Wealth Management in Birmingham, AL where she obtained her Series 7 and 66 Securities Licenses, as well as the National Home Lending Mortgage Offering (NHLMO). In addition, Mrs. Livingston consulted with and for private bankers, brokers and investors on a variety

Psychology and Philosophy, Mrs. Livingston began her investment/banking career as a Private Banking Advisor Associate for Morgan Stanley Wealth Management in Birmingham, AL where she obtained her Series 7 and 66 Securities Licenses, as well as the National Home Lending Mortgage Offering (NHLMO). In addition, Mrs. Livingston consulted with and for private bankers, brokers and investors on a variety of financial instruments.

Through her career at Morgan Stanley, she became an expert on securities products and incorporating traditional banking tools and integrated investment vehicles. Her efforts are currently focused on gaining and maintaining support from her wide array of connections both in the Libertarian and financial world.

Mrs. Livingston currently lives and works out of Mountain Brook, AL.



# ROB ROGERS

### E-TAGGED, DEVELOPER

Mr. Rob Rogers joined the team as developer for E-Tagged, a sensor sensor that picks up data about unwelcome devices.



Wayback Machine capture: http://www.mgtci.com:80/team-mgt — 25 Jul 2016

Mrs. Livingston currently lives and works out of Mountain Brook, AL.



## ROB ROGERS

**E-TAGGED, DEVELOPER**

Mr. Rob Rogers joined the team as developer for E-Tagged, a sensor sensor that picks up data about unwelcome devices.

