# EXHIBIT B

# CREDIT HEADER

**Source Information**

| | |
|---|---|
| Information Current Through: | 05/01/2017 |
| Database Last Updated: | 05/23/2017 |
| Update Frequency: | MONTHLY |
| Current Date: | 07/13/2017 |
| Source: | EXPERIAN CREDIT HEADER |

**Individual Information**

| | |
|---|---|
| Name: | LADD, ROBERT B |
| Also Known As: | LADD, ROBERT |
| Also Known As: | LADD, ROBERT J |
| Other Name(s): | SHARON |
| Best SSN: | ███-██-XXXX |
| Additional SSN(s): | ███-██-XXXX |
| Date of Birth: | 07/XX/1958 |
| Gender: | MALE |
| On File Since: | 08/01/1985 |
| Phone #1: | ███-███-████ |
| Phone #2: | ███-████ |

## LAST KNOWN ADDRESS INFORMATION

| | |
|---|---|
| 1 Address: | 11516 GOVERNORS DR<br>CHAPEL HILL, NC 27517-8421 |
| Address First Reported: | 06/17/2016 |
| Address Last Reported: | 03/07/2017 |

**Other Address Information**

| | |
|---|---|
| 2 Previous Address: | 8 WHITE OAK LN<br>CHAPPAQUA, NY 10514-1809 |
| Address First Reported: | 07/13/1997 |
| Address Last Reported: | 11/26/2015 |
| 3 Previous Address: | 36 PINE RIDGE DR<br>EDISON, NJ 08820-2836 |
| Address First Reported: | 11/30/1989 |
| Address Last Reported: | 12/30/2001 |
| 4 Previous Address: | 3402 SPRING BROOK DR<br>EDISON, NJ 08820-4227 |
| Address First Reported: | 04/11/1990 |
| Address Last Reported: | 12/30/2001 |
| 5 Previous Address: | 5325 DEERG RA SS CT<br>RALEIGH, NC 27613 |
| Address First Reported: | 04/14/2017 |
| Address Last Reported: | 04/14/2017 |

End of Document

© 2017 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW © 2017 Thomson Reuters. No claim to original U.S. Government Works. 1