IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:17-cv-00184-CCE-LPA

| | |
|---|---|
| **BARRY HONIG, an individual,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DECLARATION OF |
| ) | DAVID E. FOX, ESQ. |
| **ROBERT LADD, an individual; MGT** ) | |
| **CAPITAL INVESTMENTS, INC.,** ) | |
| **A Delaware corporation; TERI BULH,** ) | |
| **an individual; and DOES 1-20,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

DAVID E. FOX, ESQ., hereby declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, as follows:

1. I am a member at the law firm of Moore & Van Allen PLLC, counsel for Plaintiff Barry Honig in the above-captioned matter.

2. I submit this Declaration to provide the Court with documents pertinent to Mr. Honig's opposition to the Motion to Dismiss of defendants Robert Ladd and MGT Capital Investments, Inc. ("MGT Capital").

3. To the best of my knowledge, information, and belief, the exhibits to this Declaration are true and correct copies of the following documents:

   a. Attached hereto as **Exhibit A** is a copy of an article dated May 26, 2016, entitled "Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in

Shell Factory Scheme," as it appeared at www.teribuhl.com on July 17, 2017, at which time I accessed this page from my office in Charlotte, North Carolina.

b. Attached hereto as **Exhibit B** is a copy of an article dated September 23, 2016, entitled "Investor Barry Honig Subject of SEC MGT Capital Subpoena," as it appeared at www.teribuhl.com on July 17, 2017, at which time I accessed this page from my office in Charlotte, North Carolina.

c. Attached hereto as **Exhibit C** is a copy of an article dated February 9, 2017, entitled "California DOJ investigating Honig and The Frost Group," as it appeared at www.teribuhl.com on July 17, 2017, at which time I accessed this page from my office in Charlotte, North Carolina.

d. Attached hereto as **Exhibit D** is a copy of an article dated February 9, 2017, entitled "Here it is: that MGT Capital SEC Subpoena," as it appeared at www.teribuhl.com on July 17, 2017, at which time I accessed this page from my office in Charlotte, North Carolina.

This 17th day of July, 2017.

/s/ David E. Fox
David E. Fox
N.C. State Bar No. 10332
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: 919-286-8069
Fax: 919-416-8306
davidfox@mvalaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **DECLARATION OF DAVID E. FOX, ESQ.** was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

>Jonathan C. Krisko
>Erik R. Zimmerman
>Robinson, Bradshaw & Hinson P.A.
>101 N. Tryon Street, Suite 1900
>Charlotte, NC 28246
>jkrisko@robinsonbradshaw.com
>ezimmerman@robinsonbradshaw.com
>
>Darren Laverne
>Jeffrey W. Davis
>John P. Coffey
>Kramer, Levin, Naftalis & Frankel LLP
>1177 Avenue of the Americas
>New York, NY 10036
>dlaverne@kramerlevin.com
>jdavis@kramerlevin.com
>scoffey@kramerlevin.com
>
>*Attorneys for Defendants, Robert Ladd
>and MGT Capital Investments, Inc.*
>
>
>Kimberly M. Marston
>Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
>2000 Renaissance Plaza
>230 North Elm Street
>Greensboro, NC 27401
>kmarston@brookspierce.com
>
>Eric M. David
>Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
>1700 Wells Fargo Capitol Center
>150 Fayetteville Street
>Raleigh, NC 27601
>edavid@brookspierce.com

3

CHAR2\1929060v1


Case 1:17-cv-00184-CCE-LPA   Document 33   Filed 07/17/17   Page 3 of 4

Michael Tremonte
Erica A. Wolff
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
mtremonte@shertremonte.com
ewolff@shertremonte.com

*Attorneys for Defendant, Teri Buhl*

This 17th day of July, 2017.

/s/ David E. Fox
David E. Fox