# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:17-cv-00184-CCE-LPA

BARRY HONIG, an individual,

    Plaintiff,

v.

ROBERT LADD, an individual; MGT CAPITAL INVESTMENTS, INC., a Delaware corporation; TERI BUHL, an individual, and DOES 1-20,

    Defendants.

**DECLARATION OF ERIC ANDERSON**

## DECLARATION OF ERIC ANDERSON

Eric Anderson declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over 18 years of age and am competent to testify. The statements contained in this declaration are based on my personal knowledge and, to the best of my knowledge, are true and accurate.

2. I was the acting Chief Technology Officer ("CTO") of MGT Capital Investments, Inc. ("MGT") from on or about September 8, 2016, when I was formally appointed to that position at MGT's 2016 annual shareholders meeting, until on or about January 12, 2017. Prior to that time, I worked as a consultant for MGT beginning in or about June 2016.

3. On August 25, 2016 through August 30, 2016, I traveled from Maryland to North Carolina, at MGT's expense, to meet with Robert Ladd ("Ladd"), the President and

1

Chief Executive Officer of MGT, and to assist with MGT's move into its new headquarters, located at 512 S. Mangum Street, Durham, North Carolina 27701 ("MGT Offices"). During that trip, I attended a walkthrough of the MGT Offices with Ladd.

4. It is my understanding that MGT physically moved into the MGT Offices from on or about September 1, 2016 through on or about September 3, 2016.

5. I made a second trip from Maryland to North Carolina from September 17, 2016 through September 24, 2016, also at MGT's expense. Throughout that trip, I worked out of the MGT Offices, which were fully operational, in connection with my role as acting CTO. Also present at the MGT offices during that time were Ladd, several computer programmers that had recently been hired by MGT and MGT's Director of Corporate Communications, Tiffany Madison.

6. During my second trip to North Carolina (i.e. between September 17, 2016 and September 24, 2016), Ladd told me, in-person at the MGT Offices, that he conspired and coordinated with Teri Buhl ("Buhl") to publish an article on Buhl's website, www.teribuhl.com, falsely stating that Barry Honig is violating securities laws, is the "target" of a Securities and Exchange Commission ("SEC") investigation, and that "90%" of the "questions" in an SEC subpoena served on MGT are about Mr. Honig (the "Subpoena"). Ladd also told me, in-person at the MGT Offices, that he provided details of the Subpoena to Buhl and was the source of the information leaked to Buhl for the article. Ladd further stated, in-person at the MGT Offices, that he wanted Buhl to publish the article to divert attention away from MGT, and toward Mr. Honig, as the target of the Subpoena and corresponding SEC scrutiny.



7. The article referenced in paragraph 6 above is entitled "*Investor Barry Honig Target of SEC MGT Capital Subpoena*" and was published on September 23, 2016 (the "Article").

8. On or about September 26, 2016, I attended a cocktail party hosted by MGT at which Ladd and Buhl celebrated publication of the Article. Ladd and Buhl also appeared to be romantically linked. When Buhl arrived at the restaurant, Ladd welcomed her by taking her hand and giving her a hug. At the end of the night's festivities, Ladd continued to show affection for Buhl by escorting her by the arm back to her waiting transportation.

9. On or about October 9, 2016, I moved from Maryland to North Carolina to work full time at the MGT Offices.

10. Beginning in or around the end of September 2016 and continuing into October 2016, Ladd told me on multiple occasions, in-person at the MGT Offices and in several other locations, that he conspired with Buhl to publish the Article in order to divert attention away from MGT as the target of the SEC scrutiny that the Article falsely alleges is directed at Mr. Honig. In addition, Ladd and John McAfee, the Executive Chairman of MGT, told me on multiple occasions, in-person at the MGT Offices and in several other locations, that, by placing the blame on Mr. Honig for the Subpoena, they wanted to deceive the public into believing there were no problems at MGT, that there was no SEC scrutiny of Ladd, McAfee or MGT, and that it was safe to purchase MGT's stock. Ladd and McAfee also told me on multiple occasions, in-person at the MGT Offices and in several other locations, that they wanted to boost the share price of MGT.

3



which had substantially declined after MGT's disclosure of the Subpoena and other negative events.

11. In or about February 2017, Ladd told me over the phone that he provided a copy of the Subpoena to Buhl for inclusion in Buhl's article entitled, "*Here it is: that MGT Capital SEC Subpoena*," which was published to her website on February 9, 2017.

12. On or about May 9, 2017, I moved from Durham, North Carolina back to Maryland.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July __, 2017 at Bowie, Maryland.

_____ 7/21/2017
Eric Anderson

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **DECLARATION OF ERIC ANDERSON** was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

    Jonathan C. Krisko
    Erik R. Zimmerman
    *Robinson, Bradshaw & Hinson P.A.*
    101 N. Tryon Street, Suite 1900
    Charlotte, NC 28246
    *jkrisko@robinsonbradshaw.com*
    *ezimmerman@robinsonbradshaw.com*

    Darren Laverne
    Jeffrey W. Davis
    John P. Coffey
    Kramer, Levin, Naftalis & Frankel LLP
    1177 Avenue of the Americas
    New York, NY 10036
    *dlaverne@kramerlevin.com*
    *jdavis@kramerlevin.com*
    *scoffey@kramerlevin.com*

    *Attorneys for Defendants, Robert Ladd*
    *and MGT Capital Investments, Inc.*


    Kimberly M. Marston
    Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
    2000 Renaissance Plaza
    230 North Elm Street
    Greensboro, NC 27401
    *kmarston@brookspierce.com*

    Eric M. David
    Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
    1700 Wells Fargo Capitol Center
    150 Fayetteville Street
    Raleigh, NC 27601
    *edavid@brookspierce.com*

    Michael Tremonte
    Erica A. Wolff

Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
*mtremonte@shertremonte.com*
*ewolff@shertremonte.com*

*Attorneys for Defendant, Teri Buhl*

This 26th day of July, 2017.

/s/ David E. Fox
David E. Fox