IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NUMBER 1:17-CV-00184-CCE-LPA

**BARRY HONIG**, an individual,

    *Plaintiff*,

v.

**ROBERT LADD,** an individual**; MGT CAPITAL INVESTMENTS, INC.,** a Delaware corporation; **TERI BUHL**, an individual**;** and **DOES 1-20**,

    *Defendants*.

**[PROPOSED] ORDER**

This matter comes before the Court on the motion of Defendants Robert Ladd ("Ladd") and MGT Capital Investments, Inc. ("MGT") to: [1] extend by eleven (11) days the time within which Ladd and MGT may file their reply brief in further support of their motion to dismiss, up to and including 18 August 2017, and [2] grant Ladd and MGT leave to file 5,500-word reply brief, in excess of the limit set by the Court in LR 7.3(d)(1).

IT IS SO ORDERED.

This __ of August, 2017.

                                                           _____
                                                           L. PATRICK AULD
                                                           U.S. MAGISTRATE JUDGE