IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:17-CV-184 (CCE) (LPA)

| | |
|---|---|
| BARRY HONIG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LADD, and individual; MGT CAPITAL INVESTMENTS, INC., a Delaware corporation; TERI BUHL, an individual; and DOES 1-20,<br><br>Defendants. | **MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

Defendant Teri Buhl ("Defendant"), through counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1, respectfully requests an Order enlarging the time in which to file her Reply in Support of her Motion to Dismiss [D.E. 27] in this action by 9 days, to and including August 18, 2017. In support of this Motion, Defendant respectfully shows unto the Court as follows:

1. Plaintiff filed his Response in Opposition to Motion to Dismiss on July 26, 2017 [D.E. 34];

2. The current deadline for the Defendant to file a reply brief in support of the Motion to Dismiss is August 9, 2017;

3. The time for filing a reply to Plaintiff's Response has not yet expired;

4. Due to intervening deadlines and necessary travel in other matters, as well as previously scheduled time out of the office, Counsel for Defendant Teri Buhl

1

reasonably requires an additional 9 days to prepare and file a reply to Plaintiff's Response;

5. This Motion is made in good faith and not for the purpose of delay.

6. The undersigned counsel has consulted with counsel for Plaintiff and counsel for Defendants Robert Ladd and MGT Capital Investments, Inc. regarding this Motion and counsel for all parties have consented to an extension of time through and including August 18, 2017.

7. On August 1, 2017, counsel for Defendants Robert Ladd and MGT Capital Investments, Inc. moved the Court to extend the time within which Mr. Ladd and MGT Capital Investments, Inc. may file their reply brief in further support of their motion to dismiss up to and including August 18, 2017.

8. A proposed Order granting Defendant Teri Buhl's Unopposed Motion is attached as Exhibit A.

WHEREFORE, the Defendant Teri Buhl respectfully requests an extension of time of 9 days to and including August 18, 2017 in which to serve her Reply in Support of her Motion to Dismiss.

Respectfully submitted, this the 2nd day of August, 2017.

SHER TREMONTE LLP

By: /s/ Erica A. Wolff
      Erica A. Wolff
Michael Tremonte*
New York State Bar No. 2929164
Email: mtremonte@shertremonte.com
Erica A. Wolff*
New York State Bar No. 4846424
Email: ewolff@shertremonte.com
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
Facsimile: 212.202.4156
LR 83.1(d) Special Appearance

BROOKS, PIERCE, McLENDON, HUMPHREY
   & LEONARD, LLP

By: /s/ Eric M. David
      Eric M. David
N.C. Bar No. 38118
Email: edavid@brookspierce.com
1700 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
Tel: 919.573.6203
Facsimile: 336.232.9103

Kimberly M. Marston
N.C. Bar No. 46231
Email: kmarston@brookspierce.com
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401
Tele: 336.373.8850
Facsimile: 336.378.1001

*Attorneys for Defendant Teri Buhl*

3

# CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following:

David E. Fox
Moore & Van Allen
P.O. Box 13706
Research Triangle Park, NC 27709
foxd@mvalaw.com

Charles J. Harder
Ryan J. Stonerock
Harder Mirell & Abrams LLP
132 S Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212
charder@hmafirm.com
rstonerock@hmafirm.com

*Attorneys for Plaintiff*

Darren Laverne
Jeffrey W. Davis
John P. Coffey
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
dlaverne@kramerlevin.com
jdavis@kramerlevin.com
scoffey@kramerlevin.com

Erik R. Zimmerman
Robinson, Bradshaw & Hinson, P.A.
1450 Raleigh Road, Ste. 100
Chapel Hill, NC 27517
ezimmerman@robinsonbradshw.com

Jonathan Christopher Krisko
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, NC 28246
jkrisko@rbh.com

*Attorneys for Defendants MGT Capital Investments, Inc. and Robert Ladd*

/s/ Erica A. Wolff
Erica A. Wolff