| | |
|---|---|
| BARRY HONIG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LADD, and individual; MGT CAPITAL INVESTMENTS, INC., a Delaware corporation; TERI BUHL, an individual; and DOES 1-20,<br><br>Defendants. | |

# [PROPOSED] ORDER EXTENDING TIME

For good cause shown, and with the consent of all parties, the time within which Defendant Teri Buhl may file her Reply in Support of Motion to Dismiss is hereby extended through and including August 18, 2017.

SO ORDERED, this the ___ day of _____, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　L. PATRICK AULD
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE