# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:17-CV-184 (CCE) (LPA)

| | |
|---|---|
| BARRY HONIG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LADD, an individual; MGT CAPITAL INVESTMENTS, INC., a Delaware corporation; TERI BUHL, an individual; and DOES 1-20,<br><br>Defendants. | **REPLY DECLARATION OF ERICA A. WOLFF, ESQ.** |

ERICA A. WOLFF, ESQ., hereby declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, as follows:

1. I am an associate at the law firm of Sher Tremonte LLP, counsel for defendant Teri Buhl ("Ms. Buhl") in the above-captioned matter.

2. I make this reply declaration to provide the Court with documents pertinent to Ms. Buhl's Reply Brief in Further Support of her Motion to Dismiss the Complaint.

3. To the best of my knowledge, information, and belief, the exhibits to this Declaration are true and correct copies of the following documents:

4. Attached as Exhibit A is a copy of the Bloomberg profile website page for Robert Ladd as it appeared on October 14, 2016. This copy was obtained from the web archive maintained by the "Internet Archive: Wayback Machine" at the following URL address:

https://web.archive.org/web/20161014134214/https://www.bloomberg.com/profiles/people/5953686-robert-b-ladd (last visited August 18, 2017).

5. Attached as Exhibit B is a copy of the LinkedIn profile website page for Robert Ladd which was obtained from the following URL address:

https://www.linkedin.com/in/robert-ladd-8b1114/ (last visited August 18, 2017)

6. Attached as Exhibit C is a copy of an entry on the "Events" page of MGT Capital Investments, Inc.'s website which was obtained from the following URL address:

https://www.mgtci.com/events/2016/8/29/2016-mgt-shareholders-meeting (last visited August 18, 2017).

Dated: New York, New York
August 18, 2017

By: /s/ Erica A. Wolff
Erica A. Wolff*

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
ewolff@shertremonte.com
*LR 83.1(d) Special Appearance

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following:

| | |
|---|---|
| David E. Fox<br>Moore & Van Allen<br>P.O. Box 13706<br>Research Triangle Park, NC 27709<br>foxd@mvalaw.com | Charles J. Harder<br>Ryan J. Stonerock<br>Harder Mirell & Abrams LLP<br>132 S Rodeo Drive, Fourth Floor<br>Beverly Hills, CA 90212<br>charder@hmafirm.com<br>rstonerock@hmafirm.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| Darren Laverne<br>Jeffrey W. Davis<br>John P. Coffey<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>dlaverne@kramerlevin.com<br>jdavis@kramerlevin.com<br>scoffey@kramerlevin.com | Erik R. Zimmerman<br>Robinson, Bradshaw & Hinson, P.A.<br>1450 Raleigh Road, Ste. 100<br>Chapel Hill, NC 27517<br>ezimmerman@robinsonbradshw.com<br><br>Jonathan Christopher Krisko<br>Robinson, Bradshaw & Hinson, P.A.<br>101 N. Tryon St., Ste. 1900<br>Charlotte, NC 28246<br>jkrisko@rbh.com |

*Attorneys for Defendants MGT Capital Investments, Inc. and Robert Ladd*

This the 18th day of August, 2017.

                                                            /s/ Erica A. Wolff
                                                            Erica A. Wolff
                                                            Sher Tremonte LLP
                                                            90 Broad Street, 23rd Floor
                                                            New York, New York 10004
                                                            Phone: (212) 202-2600
                                                            Email: ewolff@shertremonte.com