# Exhibit A

## to Wolff Reply Declaration

INTERNET ARCHIVE WaybackMachine
https://www.bloomberg.com/profiles/people/5953686-robert-b-ladd Go
1 capture
14 Oct 2016
SEP OCT NOV
14
2015 2016 2017
About this capture

Feedback

# Robert Ladd

## President/CEO/Interim CFO/Interim Treasurer, MGT Capital Investments Inc

## Career History

**President/CEO/Interim CFO/Interim Treasurer**
Mgt Capital Investments Inc, 12/2015-PRESENT

**Chief Executive Officer**
Medicsight Limited, 7/2011-PRESENT

**Interim CEO**
Medicsight PLC, 2/2011-PRESENT

Show More

## Personal Information

### Education

**Kellogg School of Management of Northwestern University**
MBA, 1983

**Wharton School of the University of Pennsylvania**
Bachelor's Degree, Economics, 1980

More From The Web

How An $89 Hoodie Could Change Americ...
Business Insider | American Giant

**Website:** www.mgtci.com

## Corporate Information

**Address:**

500 Mamaroneck Avenue
Suite 204
Harrison, NY 10528
United States

**Phone: 1-914-630-7431**
**Fax: -**
**Web url:** www.mgtci.com

## Awards & Publications

### Certificates

**Chartered Financial Analyst (CFA), 1986**

## Memberships

### Board Memberships

**Laddcap Value Assoc LLC**
Board Member, PRESENT

**Pyxis Tankers Inc**
Board Member, PRESENT

Show More

From The Web

Sponsored Links by Taboola

Harry's Releases New Blade, Keeps Price at $2
Harry's

Top 10 Family Friendly SUVs
Edmunds