# Exhibit B
# to Wolff Reply Declaration

**24 New Legal Cases** - Seeking a Connecticut attorney to handle overflow legal cases. Learn more!   Ad   ...

**Contact and Personal Info**
Robert's Profile
Show more

**Robert Ladd** · 3rd
President and Director at MGT Capital Investments, Inc
Pyxis Tankers Inc. · Northwestern University - Kellogg School of Management
Greater New York City Area · 500+

Send InMail

**Promoted Links**


**24 New Legal Cases**
Seeking a Connecticut attorney to handle overflow legal cases. Learn more!


**Online Higher Ed. M.Ed.**
Focus on evidence-based practice establishing foundational frameworks.


**Become a Social Worker**
Earn your MSW Online from USC as little as 1 Year with a BSW.

## Experience


**Director**
Pyxis Tankers Inc.
Oct 2015 – Present · 1 yr 11 mos
Athens, Greece


**President and Chief Executive Officer, and Director**
MGT Capital Investments, Inc
Feb 2011 – Present · 6 yrs 7 mos
Harrison, NY

MGT Capital Investments, Inc. (OTC: MGTI) is in the process of acquiring a diverse portfolio of cyber security technologies. With cyber security industry pioneer John McAfee at its helm, MGT Capital is positioned to address various cyber threats through advanced protection technologies for mobile and personal tech devices, including tablets and smartphones. MGT also operates a large scale bitcoin mining operation in WA.

Media (1)

logo    

**People Also Viewed**


**Robert P Traversa** · 3rd
CFO at MGT Capital Investments,

**John McAfee**
Founder of McAfee Associates

**Shaneel Lalani**
CEO at Billionaire's Choice


**John Austin** · 3rd
Partner at Valhalla Venture Group

**Jerry Williamson**
President at Jws amusements inc

**George Daly**
Senior Sales Director at MGT Capital Investments, Inc.


**Pierre Marcoux**
Owner, Synergy Gaming LLC

**Kyle Shepherd**
COO at Lucky Coin, Inc.


**Tiffany Madison** · 3rd
Solutions Strategist, Communica Writer, Decentralizer, Blockchain Enthusiast


**Tammy Blackstock**
Office Administrator at Aiken Treatment Specialist

**Learn the skills Robert has**


**Kickstarter Crowdfunding Essential Training**
Viewers: 9,193


**Financial Analysis: Making Business Projections**
Viewers: 18,680

Messaging

---

**Managing Partner**
Laddcap Value Partners LP
Apr 2003 – Present · 14 yrs 5 mos
New York, NY

Small- to micro-cap value hedge fund.

**Director**
Delcath Systems, Inc
Oct 2006 – Jul 2012 · 5 yrs 10 mos

New York, NY
Member of Audit and Compensation Committees


**Director**
InFocus
May 2007 – May 2009 · 2 yrs 1 mo
Wilsonville, OR

Member of Board of Directors; also served as member on Audit Committee, Compensation Committee, and Nomination Committee.


**Managing Director**
Neuberger Berman
Sep 1988 – Oct 2002 · 14 yrs 2 mos

Portfolio Manager

See fewer positions ∧

## Education


Northwestern University - Kellogg School of Management
MBA, Finance
1982 – 1983


University of Pennsylvania
BS, Economics
1976 – 1980

## Featured Skills & Endorsements

| Online Gaming · 1 | Bryan Seely has given an endorsement for this skill |
| Fantasy Sports · 1 | Bryan Seely has given an endorsement for this skill |
| Computer Games · 1 | Bryan Seely has given an endorsement for this skill |

View 35 more ∨

## Recommendations

Received (0)　**Given (1)**


**Ariel Imas**
Managing Partner- SABR Capital Management | Managing Director- J. Streicher Capital | Board Member- The Glimpse Group
July 16, 2012, Robert was a client of Ariel's

Excellent knowledge and contacts. Thanks for your great efforts.

## Accomplishments

**1 Certification** ∨
Chartered Financial Analyst

### Promoted Links


**Mergers and Acquisitions Foundations**
Viewers: 33,144

See more co

**Promoted Links**


**Legal Studies Degree**
Online Master of Legal Studies fro Pepperdine, #1 in dispute resolutio

**American College of Ed.**
Earn your Certificate in Adult Education & Corporate Training. 100% Online!


**Leads for Attorneys**
Need New Clients? 100K Request Legal Help thru Our Network per month.

Messaging



Case 1:17-cv-00184-CCE-LPA Document 43-2 Filed 08/18/17 Page 4 of 4