# Exhibit C
## to Wolff Reply Declaration

← BACK TO ALL EVENTS

## 2016 MGT SHAREHOLDERS MEETING

THURSDAY, SEPTEMBER 8, 2016
10:00AM – 5:00PM

SICHENZIA ROSS FRIEDMAN FERENCE LLP - FLOOR 32
61 BROADWAY, NEW YORK, NY, 10006, UNITED STATES (MAP)

GOOGLE CALENDAR · ICS



2016 SHAREHOLDERS MEETING
SEPTEMBER 8 2016

MGT has scheduled its 2016 meeting of shareholders for September 8, 2016 at 10:00 AM EDT. Shareholders of record at the close of business on July 28, 2016 should have received notifications from your brokerage firm for the meeting.

Shareholders of record have the right to vote at least once a year on certain decisions that impact the company. For example, shareholders are asked to vote on members of the Company's Board of Directors, executive compensation and major proposed transactions.

At MGT, we believe in empowering our shareholders. We have received many thoughtful questions from investors about the process and proposals that will be voted on at the 2016 annual meeting of shareholders. Please see this post in our datastream for the most common questions we have received as well as the corresponding answers we have provided.

If you plan on attending the meeting, please register with using the form. You'll also receive updated information about the event as it becomes available.

### 2016 Shareholders Meeting Registration

Name *

| First Name | Last Name |

Email Address *

Number of Shares *

Submit