# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NUMBER 1:17-CV-00184-CCE-LPA

| | |
|---|---|
| **BARRY HONIG**, an individual,<br>   *Plaintiff*,<br>v.<br>**ROBERT LADD**, an individual; **MGT CAPITAL INVESTMENTS, INC.**, a Delaware corporation; **TERI BUHL**, an individual; and **DOES 1-20**,<br>   *Defendants*. | **DECLARATION OF<br>DARREN A. LAVERNE, ESQ.** |

DARREN A. LAVERNE, ESQ., hereby declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, as follows:

1. I am a partner at the law firm of Kramer Levin Naftalis & Frankel LLP, counsel for defendants Robert Ladd and MGT Capital Investments, Inc. ("MGT") in the above-captioned matter.

2. I submit this Declaration to provide the Court with a document pertinent to Mr. Ladd's and MGT's reply brief in further support of their motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6).

3. To the best of my knowledge, information, and belief, the exhibit to this Declaration is a true and correct copy of the following document:

4. Attached as Exhibit A is a copy of Amendment No. 1 to Schedule 13G (Form SC 13G/A) filed by Barry Honig with respect to MGT on February 11, 2016.

9885255v1

Dated: New York, New York
August 18, 2017

/s/ Darren A. LaVerne
Darren A. LaVerne*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
dlaverne@kramerlevin.com
* LR 83.1(d) Special Appearance

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David E. Fox
N.C. State Bar No. 10332
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700.
Charlotte, NC 28202-4003
(919) 286-8069
davidfox@mvalaw.com

Charles J. Harder
Ryan J. Stonerock
HARDER, MIRELL & ABRAMS LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212
charder@hmafirm.com
rstonerock@hmafirm.com

*Attorneys for Plaintiff Barry Honig*

Eric M. David
N.C. State Bar No. 38118
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD LLP
1700 Wells Fargo Capital Center
150 Fayatteville Street
Raleigh, NC 27601
edavid@brookspierce.com

Kimberly M. Marston
N.C. State Bar No. 46231
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD LLP
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401
kmarston@brookspierece.com

9885255v1

Michael Tremonte
Erica A. Wolff
SHER TREMONTE
90 Broad Street, 23rd Floor
New York, NY 10004
mtremonte@shertremonte.com
ewolff@shertremonte.com

*Attorneys for Defendant Teri Buhl*

This 18th day of August, 2017.

                              /s/ Darren A. LaVerne
                              Darren A. LaVerne*

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                              1177 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 715-9100
                              Facsimile: (212) 715-8000
                              dlaverne@kramerlevin.com
* LR 83.1(d) Special Appearance