**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
Case No. 1:17-CV-184 (CCE) (LPA)

| | |
|---|---|
| BARRY HONIG, an individual,<br><br>              Plaintiff,<br><br>   v.<br><br>ROBERT LADD, an individual; MGT CAPITAL INVESTMENTS, INC., a Delaware corporation; TERI BUHL, an individual; and DOES 1-20,<br><br>              Defendants. | **MOTION OF DEFENDANT TERI BUHL FOR RECONSIDERATION PURSUANT TO FED. R. CIV. P. 54(b) OR, IN THE ALTERNATIVE, CERTIFICATION OF ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)** |

Defendant Teri Buhl moves this Court, pursuant to Fed. R. Civ. P. 54(b), to reconsider its order dated September 7, 2017 (Dkt. 49), on the issue of whether this Court may properly exercise personal jurisdiction over Buhl. In the alternative, Buhl requests that this Court certify the order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) on the issue of whether this Court may properly exercise personal jurisdiction over Buhl. The accompanying memorandum of law provides additional support for this motion.

**WHEREFORE**, Defendant Teri Buhl respectfully requests that this Court:

(1) Reconsider its conclusions of law and fact and dismiss the Complaint as to Buhl for lack of personal jurisdiction; or

(2) In the alternative, amend the order to certify it for interlocutory appeal on the question of personal jurisdiction.

Respectfully submitted this 29th day of September, 2017.

| | |
|---|---|
| **BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP** | **SHER TREMONTE LLP** |
| By: /s/ Eric M. David | By: /s/ Michael Tremonte |
| Eric M. David | Michael Tremonte |
| N.C. Bar No. 38118 | Michael Tremonte* |
| Email: edavid@brookspierce.com | New York State Bar No. 2929164 |
| 1700 Wells Fargo Capitol Center | Email: mtremonte@shertremonte.com |
| 150 Fayetteville Street | 90 Broad Street, 23rd Floor |
| Raleigh, NC 27601 | New York, New York 10004 |
| Tel: 919.573.6203 | Tel: 212.202.2600 |
| Facsimile: 336.232.9103 | Facsimile: 212.202.4156 |
| | |
| Kimberly M. Marston | By: /s/ Erica A. Wolff |
| N.C. Bar No. 46231 | Erica A. Wolff |
| Email: kmarston@brookspierce.com | Erica A. Wolff* |
| 2000 Renaissance Plaza | New York State Bar No. 4846424 |
| 230 North Elm Street | Email: ewolff@shertremonte.com |
| Greensboro, NC 27401 | 90 Broad Street, 23rd Floor |
| Tel: 336.373.8850 | New York, New York 10004 |
| Facsimile: 336.378.1001 | Tel: 212.202.2600 |
| | Facsimile: 212.202.4156 |
| | |
| | *LR 83.1 (d) Special Appearance |

*Attorneys for Defendant Teri Buhl*

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following:

David E. Fox
Moore & Van Allen
P.O. Box 13706
Research Triangle Park, NC 27709
foxd@mvalaw.com

Charles J. Harder
Ryan J. Stonerock
Harder Mirell & Abrams LLP
132 S Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212
charder@hmafirm.com
rstonerock@hmafirm.com

*Attorneys for Plaintiff*

Darren Laverne
Jeffrey W. Davis
John P. Coffey
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
dlaverne@kramerlevin.com
jdavis@kramerlevin.com
scoffey@kramerlevin.com

Erik R. Zimmerman
Robinson, Bradshaw & Hinson, P.A.
1450 Raleigh Road, Ste. 100
Chapel Hill, NC 27517
ezimmerman@robinsonbradshw.com

Jonathan Christopher Krisko
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, NC 28246
jkrisko@rbh.com

*Attorneys for Defendants MGT Capital Investments, Inc. and Robert Ladd*

This the 29th day of September, 2017.

                                                   /s/ Erica A. Wolff