IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BARRY HONIG, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-00184-CCE-LPA |
| | ) | |
| ROBERT LADD, an individual; MGT | ) | |
| CAPITAL INVESTMENTS, INC., | ) | |
| a Delaware corporation; TERI BUHL, | ) | |
| an individual; and DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR PROTECTIVE ORDER**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The Court having considered the consent motion of Plaintiff Barry Honig ("Plaintiff" or "Honig") and defendants Robert Ladd ("Ladd"), MGT Capital Investments, Inc. ("MGT"), and Teri Buhl ("Buhl") for a protective order to facilitate discovery and the exchange of confidential information and documents in this case;

FINDING THAT good cause exists for the entry of a protective order;

IT IS HEREBY ORDERED that the parties' motion is GRANTED. The Court shall sign and enter the Stipulated Confidentiality Agreement And Protective Order (a copy of which was attached to the consent motion).

Dated: _____, 2017

_____
United States District Court Judge