# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BARRY HONIG, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-00184-CCE-LPA |
| | ) | |
| ROBERT LADD, an individual; MGT | ) | |
| CAPITAL INVESTMENTS, INC., | ) | |
| a Delaware corporation; TERI BUHL, | ) | |
| an individual; and DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Barry Honig and Defendants Robert Ladd, MGT Capital Investments, Inc. and Teri Buhl, by and through counsel, hereby stipulate that this action shall be dismissed in its entirety, with prejudice, pursuant to the terms of their Settlement Agreement. Each party shall bear their own costs, expenses, and attorneys' fees. The Parties request that the Court retain subject matter jurisdiction to enforce the terms of the Settlement Agreement. A proposed order dismissing this action is being filed herewith.

Dated: January 16, 2018

Respectfully submitted,

By: /s/ David E. Fox
David E. Fox
N.C. State Bar No. 10332
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Tel: (919) 286-8069
Fax: (919) 416-8306
*davidfox@mvalaw.com*

By: /s/ Ryan J. Stonerock
Charles J. Harder
Ryan J. Stonerock
HARDER MIRELL & ABRAMS LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Tel: (424) 203-1600
Fax: (424) 203-1601
*charder@hmafirm.com*
*rstonerock@hmafirm.com*

*Attorneys for Plaintiff*


By: /s/ Jonathan C. Krisko
Jonathan C. Krisko
Erik R. Zimmerman
*Robinson, Bradshaw & Hinson P.A.*
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
*jkrisko@robinsonbradshaw.com*
*ezimmerman@robinsonbradshaw.com*

By: /s/ Darren A. LaVerne
John P. Coffey
Darren A. LaVerne
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*scoffey@kramerlevin.com*
*dlaverne@kramerlevin.com*

*Attorneys for Defendants, Robert Ladd and MGT Capital Investments, Inc.*

2

By: /s/ Eric M. David
Eric M. David
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
1700 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
*edavid@brookspierce.com*


By: /s/ Erica A. Wolff
Michael Tremonte
Erica A. Wolff
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
*mtremonte@shertremonte.com*
*ewolff@shertremonte.com*

*Attorneys for Defendant, Teri Buhl*

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION OF DISMISSAL** was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

>Jonathan C. Krisko
>Erik R. Zimmerman
>*Robinson, Bradshaw & Hinson P.A.*
>101 N. Tryon Street, Suite 1900
>Charlotte, NC 28246
>jkrisko@robinsonbradshaw.com
>ezimmerman@robinsonbradshaw.com
>
>Darren Laverne
>Jeffrey W. Davis
>John P. Coffey
>Kramer, Levin, Naftalis & Frankel LLP
>1177 Avenue of the Americas
>New York, NY 10036
>dlaverne@kramerlevin.com
>jdavis@kramerlevin.com
>scoffey@kramerlevin.com
>
>*Attorneys for Defendants, Robert Ladd and MGT Capital Investments, Inc.*
>
>Kimberly M. Marston
>Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
>2000 Renaissance Plaza
>230 North Elm Street
>Greensboro, NC 27401
>kmarston@brookspierce.com

Eric M. David
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
1700 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
*edavid@brookspierce.com*

Michael Tremonte
Erica A. Wolff
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
*mtremonte@shertremonte.com*
*ewolff@shertremonte.com*

*Attorneys for Defendant, Teri Buhl*


This 16th day of January 2018.

        /s/ David E. Fox
        David E. Fox