IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BARRY HONIG, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-CV-184 |
| | ) | |
| ROBERT LADD, an individual; MGT CAPITAL INVESTMENTS, INC., a Delaware corporation; TERI BUHL, an individual; and DOES 1-20, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Based upon the Stipulation of Dismissal filed by Plaintiff Barry Honig and Defendants Robert Ladd, MGT Capital Investments, Inc. and Teri Buhl (collectively, the "Parties"), this action shall be dismissed in its entirety, with prejudice, and the Court retain subject matter jurisdiction to enforce the terms of the settlement agreement between the Parties. Each party shall bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED**.

This the 18th day of January, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE