| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:17-CV-184 |
|---|---|
| Name of Plaintiff(s):<br>**Barry Honig**<br>VERSUS<br>Name of Defendant(s):<br>**Robert T. Ladd** | FILED JAN 26 2018<br>REPORT<br>OF<br>MEDIATOR<br>*(For Placement on the CM/ECF Docket)* |
| Mediator Name: Raymond E. Owens, Jr. | |
| Telephone No: 704-295-4509 | ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |
| E-Mail Address: rowens@higginsowens.com | |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
   ☐ was held on _____ (date)
   ☒ was NOT held because **Case settled prior to mediation**

2. **Attendance**
   ☐ No objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____

3. **Outcome**
   ☐ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (*i.e.*, mediation to be resumed at a later date)
   ☐ Impasse
   ☐ Additional Information: _____

4. **Settlement Filings.**
   (a) The document(s) to be filed to effect the settlement are _____
   (b) The person responsible for filing the document(s) is _____
   (c) The agreed deadline for filing the document(s) is _____

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_/s/ Raymond E. Owens, Jr._    1/16/2018
Mediator Signature                Date

RECEIVED In This Office JAN 26 2018
CLERK, U.S. DISTRICT COURT GREENSBORO, NC

Case 1:17-cv-00184-CCE-LPA   Document 63   Filed 01/26/18   Page 1 of 1